# Exhibit A

# URBAN OUTFITTERS



## Deter Navajo Tee

**$28.00**

★★★★★
Be the first to <u>Write a Review</u>

COLORS:



SIZE:                QUANTITY:
Select Size          1

<u>Size</u>        <u>Check Availability</u>

---

Reviews    **Product Details**    Ask & Answer    Social

---

SKU #23129091

**TAGS** [ ? ]                    [<u>ADD YOUR OWN TAG</u>]

BE THE FIRST TAG THIS ITEM!

---

**You Might Like These, Too...**

# URBAN OUTFITTERS






**You Might Like These, Too...**

Ecote Navajo Surplus Jacket

**$89.00**

**Overall Rating**

★★★★★

Read Reviews (6)   Write a review

COLORS:



SIZE:                QUANTITY:

Select Size          1

Size         Check Availability

---

**Reviews**    Product Details    Ask & Answer    Social

---

**Overall Rating**    ★★★★★

Based on **6** reviews.



# URBAN OUTFITTERS








You Might Like These, Too...

## Ecote Navajo Wool Tote Bag

**$39.00**

**Overall Rating**

★★★★☆

Read Reviews (1)   Write a review

COLORS:



SIZE:                    QUANTITY:
ONE SIZE                 [ 1 ▼ ]

        Size        Check Availability

---

**Reviews**    Product Details    Ask & Answer    Social

---

**Overall Rating**    ★★★★☆
Based on **1** reviews.



# URBAN OUTFITTERS



   

**You Might Like These, Too...**

Jeffrey Campbell Navajo
Fringe Crossbody Bag
Online Only

**$169.00**

★★★★★
Be the first to Write a Review

COLORS:

SIZE:                QUANTITY:
ONE SIZE            | 1 ▾ |

        Size        Check Availability

---

Reviews  | Product Details |  Ask & Answer    Social

SKU #23622434

**TAGS** [ ? ]                    [ADD YOUR OWN TAG]

BE THE FIRST TO TAG THIS ITEM!

# URBAN OUTFITTERS





You Might Like These, Too...

## Lucca Couture Navajo Pullover Sweater
Online Only

**$49.99** (Was $79.00)

### Overall Rating
★★★★☆
Read Reviews (3)   Write a review

COLORS:



SIZE:                    QUANTITY:
[ Select Size ▾ ]        [ 1 ▾ ]

Size      Check Availability

---

**Reviews**    Product Details    Ask & Answer    Social

# URBAN OUTFITTERS



   

You Might Like These, Too...

## Navajo Bracelet - 2 Pack

**$8.00**

**Overall Rating**

Read Reviews (25)  Write a review

COLORS:



SIZE:                    QUANTITY:
ALL                      1

Size        Check Availability

**Reviews**    Product Details    Ask & Answer    Social

**Overall Rating**  ★★★★☆

Based

**Reviewer Photos**

# URBAN OUTFITTERS





You Might Like These, Too...

   

## Navajo Feather Earring

**$16.99** (Was $24.00)

**Overall Rating**

★★★★½

Read Reviews (8)   Write a review

COLORS:

SIZE:                QUANTITY:
ALL                  1

        Size        Check Availability



**Reviews**   Product Details   Ask & Answer   Social

**Overall Rating**   ★★★★½ 
Based on **8** reviews.

# URBAN OUTFITTERS





**You Might Like These, Too...**

## Navajo Hipster Panty
5 for $25

**$8.00**

**Overall Rating**

★★★★★

Read Reviews (3)   Write a review

COLORS:



SIZE:            QUANTITY:

Select Size        1

Size          Check Availability

**Reviews**   Product Details   Ask & Answer   Social

**Overall Rating**   ★★★★★        Fit

# URBAN OUTFITTERS



You Might Like These, Too...



## Navajo Print Fabric Wrapped Flask

**$18.00**

**Overall Rating**

★★★★★

Read Reviews (3)    Write a review

COLORS:

SIZE:                 QUANTITY:
ONE SIZE         1

Check Availability

---

**Reviews**    Product Details    Ask & Answer    Social

---

**Overall Rating**    ★★★★★




**Reviewer Photos**

# URBAN OUTFITTERS





**You Might Like These, Too...**

   

## OBEY Navajo Glove

**$38.00**

★★★★★
Be the first to Write a Review

COLORS:



SIZE:                  QUANTITY:
ONE SIZE          [ 1 ▾ ]

        Size          Check Availability

---

Reviews    | **Product Details** |    Ask & Answer    Social

---

SKU #23158967

┌─────────────────────────────────────────────┐
│ **TAGS** [ ? ]              [ADD YOUR OWN TAG]│
│ BE THE FIRST TO TAG THIS ITEM!               │
└─────────────────────────────────────────────┘

# URBAN OUTFITTERS



You Might Like These, Too...



## OBEY Navajo Nations Crew Pullover

**$58.00**

**Overall Rating**

★★★★☆

Read Reviews (2)   Write a review

COLORS:

SIZE:          QUANTITY:

Select Size    1

Size          Check Availability

---

**Reviews**   Product Details   Ask & Answer   Social

---

**Overall Rating**   ★★★★☆          Fit     

# URBAN OUTFITTERS









**You Might Like These, Too...**



OBEY Navajo Painters Jacket

**$99.99** (Was $139.00)

★★★★★
Be the first to Write a Review

COLORS:



SIZE:                 QUANTITY:
[ Select Size ▼ ]     [ 1 ▼ ]

Size        Check Availability

---

**Reviews**    **Product Details**    **Ask & Answer**    **Social**

---

SKU #21084629

**TAGS** [ ? ]              [ADD YOUR OWN TAG]

BE THE FIRST TO TAG THIS ITEM!

# URBAN OUTFITTERS



You Might Like These, Too...



## OBEY Navajo Print Tank Top

**$50.00**

**Overall Rating**

★★★★☆

Read Reviews (1)    Write a review

COLORS:



SIZE:              QUANTITY:

Select Size ▾        1 ▾

Size        Check Availability

---

**Reviews**    Product Details    Ask & Answer    Social

---

**Overall Rating**    ★★★★☆
Based on **1** reviews.



# URBAN OUTFITTERS







## OBEY Navajo Scarf

**$64.00**

★★★★★

Be the first to Write a Review

COLORS:



SIZE:
ONE SIZE

QUANTITY:
1

Size    Check Availability

You Might Like These, Too...

   

---

Reviews    **Product Details**    Ask & Answer    Social

---

SKU #23159858

**TAGS** [ ? ]          [ADD YOUR OWN TAG]

BE THE FIRST TO TAG THIS ITEM!

# URBAN OUTFITTERS







**You Might Like These, Too...**

OBEY Wool Navajo 5-Panel Cap

**$34.00**

**Overall Rating**

★★★★☆
Read Reviews (1)   Write a review

COLORS:

SIZE:              QUANTITY:
ONE SIZE           1

Size               Check Availability

| Reviews | Product Details | Ask & Answer | Social |

**Overall Rating**   ★★★★☆
Based on **1** reviews.



# URBAN OUTFITTERS



   

**You Might Like These, Too...**

## Pendleton Navajo Weekender Bag

**$239.00**

★★★★★
Be the first to Write a Review

COLORS:



SIZE:                    QUANTITY:
ONE SIZE             [ 1 ]

Size                     Check Availability

| Reviews | **Product Details** | Ask & Answer | Social |
|---------|---------------------|--------------|--------|

SKU #21085915

TAGS [ ? ]                    [ADD YOUR OWN TAG]

BE THE FIRST TO TAG THIS ITEM!

# URBAN OUTFITTERS





You Might Like These, Too...

## Red Navajo Plimsoll Sneaker
2 for $30

**$20.00**

**Overall Rating**


Read Reviews (9)    Write a review

COLORS:

SIZE:          QUANTITY:
Select Size    1

Size          Check Availability

---

**Reviews**   Product Details    Ask & Answer    Social

---

**Overall Rating**          Fit        **Reviewer Photos**

# URBAN OUTFITTERS





## You Might Like These, Too...

Staring at Stars Strapless
Navajo Dress
New Colors Available

**$69.00**

**Overall Rating**

★★★★★
Read Reviews (40)   Write a
review

COLORS:



SIZE:           QUANTITY:

[ Select Size ▼ ]   [ 1 ▼ ]

Size        Check Availability

**Reviews**   Product Details   Ask & Answer   Social

**Reviewer Photos**

# URBAN OUTFITTERS



## You Might Like These, Too...



Title Unknown Techno Navajo Quilt Oversized Crop Tee

**$29.00**

**Overall Rating**

★★★★☆

Read Reviews (11)   Write a review

COLORS:

SIZE:              QUANTITY:

Select Size        1

Size              Check Availability

---

| **Reviews** | Product Details | Ask & Answer | Social |

**Overall Rating**  ★★★★☆          Fit              **Reviewer Photos**

# URBAN OUTFITTERS



## Navajo Sock

**$6.99** (Was $12.00)

**Overall Rating**

★★★★☆
Read Reviews (1)   Write a review

COLORS:



SIZE:          QUANTITY:
ONE SIZE       1

   Size        Check Availability



**You Might Like These, Too...**

---

| Reviews | Product Details | Ask & Answer | Social |

---

**Overall Rating**  ★★★★☆
Based on **1** reviews.

Fit

Runs  True to  Runs

# URBAN OUTFITTERS









**You Might Like These, Too...**



## Vintage Men's Woolrich Navajo Jacket
Online Only

**$249.00**

★★★★★

Be the first to <u>Write a Review</u>

COLORS:



SIZE:                    QUANTITY:
XLARGE

[ 1 ▾ ]

<u>Size</u>         <u>Check Availability</u>

Reviews    **Product Details**    Ask & Answer    Social

SKU #23575129

**TAGS** [ ? ]                    [<u>ADD YOUR OWN TAG</u>]

BE THE FIRST TO TAG THIS ITEM!

# URBAN OUTFITTERS



You Might Like These, Too...



## Vintage Woolrich Navajo Jacket
Online Only

**$349.00**

★★★★★
Be the first to <u>Write a Review</u>

COLORS:



SIZE:              QUANTITY:
ONE SIZE           [ 1  ▾ ]

        <u>Size</u>    <u>Check Availability</u>

---

Reviews    **Product Details**    Ask & Answer    Social

---

SKU #23574601

**TAGS** [ ? ]                    [ADD YOUR OWN TAG]
BE THE FIRST TO TAG THIS ITEM!

# URBAN OUTFITTERS





## Wide Navajo Scarf

**$29.00**

★★★★★
Be the first to Write a Review

COLORS:



SIZE:           QUANTITY:
ONE SIZE        [ 1 ▼ ]

Size            Check Availability

You Might Like These, Too...

   

Reviews | **Product Details** | Ask & Answer | Social

SKU #22558878

**TAGS** [ ? ]                    [ADD YOUR OWN TAG]

BE THE FIRST TO TAG THIS ITEM!