# Exhibit C








2 DAYS UNTIL Fp Limited Edition

download this image

DETAILS & SHOPPING | REVIEWS & FITTING (0)

# Lopes Crossbody Clutch

Style: 22656813

Write the 1st Review

Crossbody bag with bright woven fabric exterior and red suede fringe. Matching zipper pulls. Features a double zipper opening with two separate compartments. One interior pocket. Matching detachable suede shoulder strap. Lined.

*By Jeffrey Campbell
*Import
*8" wide, 5" deep
*40" shoulder strap

**SHOP ALL:** Bags & Wallets

price: $98.00

color: **red navajo** availability

size: **one** chart

One

last one in stock!

quantity: 1

ADD TO BASKET

ADD TO WISHLIST

ADD TO COLLECTIONS

Share this item with your friends and the Free People community:

1 Collection | 0 Email | 0 Like | 0 Tweet | 0 +1

*Be the first!*

you may also be interested in one of these...

lopes crossbody clutch is included in 1 collection including...

love it
by antichick
Created 109 days ago

2011 FreePeople.com, LLC. All Rights Reserved. terms of use | privacy & security

*FREE SHIPPING*
ENJOY FREE STANDARD OR REDUCED EXPEDITED AND INTERNATIONAL SHIPPING ON ORDERS $150+ USD! CLICK HERE FOR DETAILS
WIN YOUR WISHLIST! click here to enter

download this image

DETAILS & SHOPPING | REVIEWS & FITTING (0)

## Lopes Crossbody Clutch

Style: 22656813

Write the 1st Review

Crossbody bag with bright woven fabric exterior and red suede fringe. Matching zipper pulls. Features a double zipper opening with two separate compartments. One interior pocket. Matching detachable suede shoulder strap. Lined.

*By Jeffrey Campbell
*Import
*8" wide, 5" deep
*40" shoulder strap

**SHOP ALL:** Bags & Wallets

price: new
$98.00
availability (web & stores)

color:
**red navajo**

size: chart
**one**

One

**last one in stock!**

quantity: 1
ADD TO BASKET
ADD TO WISHLIST
ADD TO COLLECTIONS

Share this item with your friends and the Free People community:

2 + Collection | 0 Email | 0 Like | 0 Tweet | 0 +1

*Be the first!*

you may also be interested in one of these...

lopes crossbody clutch is included in 2 collections including...

**poppy**
by jessie
Created 4 days ago

**love it**
by antichick
Created 118 days ago



**need help?**
call 800-309-1500
or contact us

 shop your country ▸

**customer service**
help
order status
size chart
shipping information
returns & exchanges
international orders

**company**
our story
work at fp
wholesale
affiliates

**explore**
find a store
shop catalog
wishlists
collections
popular searches
visit mobile site »

BE THE FIRST TO KNOW - SIGN UP FOR OUR EMAILS!  [ enter your email address... ]  SIGN UP   New friends get free shipping on first order!



 
 **Free People** on Twitter — Follow — freepeople
 **Free People** on Facebook — Like 377,993
*follow us here too...* 

2011 FreePeople.com, LLC. All Rights Reserved.    terms of use  |  privacy & security











2 DAYS UNTIL FP Limited Edition

Bldg 25 BLOG | WISHLISTS | COLLECTIONS | FIND A STORE | sign in / sign up | HELP | USD

free people | SHOPPING BASKET: 0 items | CHECKOUT

navajo | SEARCH

WHAT'S NEW | CLOTHES | ACCESSORIES | SHOES | INTIMATELY FP | VINTAGE LOVES | ENDLESS SUMMER | sale | FEATURES

catalog > nov 11 catalog | previous item | next item | need help? | 1.800.309.1500 | email us | return policy | shipping info

download this image

DETAILS & SHOPPING | REVIEWS & FITTING (0)

## Joplin Fringe Bag

Style: 23778962

Write the 1st Review

Unique Navajo patterned blanket fringe bag with tan suede trimming and strap. Metal stud embellishment and contrasting zip zag leather trimming around the top. Inside has leopard printed fabric inserts, two pouches, and zipper pocket.

*By Jose
*Navajo Blankets, Lamb Skin, Gun Metal
*Made in USA
*9 ½" wide across front, 17" deep, 28" strap rise (at longest and to the bottom of the opening)

**SHOP ALL:** Bags & Wallets

price: $358.00

color: **natural multi** | availability

size: **one size** | chart

One Size

quantity: 1

ADD TO BASKET

ADD TO WISHLIST

ADD TO COLLECTIONS

Share this item with your friends and the Free People community:

3 Collection | 1 Email | 5 Like | 0 Tweet | 0 +1

you may also be interested in one of these...

joplin fringe bag is included in 3 collections including...

big bags
by shamanbear
Created 3 days ago

The 60's
by MOVY
6 people want this
Created 6 days ago

Deja Vu
by counselor1908
Created 53 days ago

*need help?*
call 800-309-1500
or contact us

shop your country ▸

**customer service**
- help
- order status
- size chart
- shipping information
- returns & exchanges
- international orders

**company**
- our story
- work at fp
- wholesale
- affiliates

**explore**
- find a store
- shop catalog
- wishlists
- collections
- popular searches
- visit mobile site »

BE THE FIRST TO KNOW - *SIGN UP FOR OUR EMAILS!* enter your email address... SIGN UP *New friends get free shipping on first order!*

want to receive our catalogs?
SUBSCRIBE »

gift cards & e-gift cards
SHOP »

**Free People** on Twitter
Follow freepeople

**Free People** on Facebook
Like 375,445

*follow us here too...*

2011 FreePeople.com, LLC. All Rights Reserved. terms of use | privacy & security

2 DAYS UNTIL Fp Limited Edition

download this image

DETAILS & SHOPPING | REVIEWS & FITTING (1) | WHAT SHE'S WEARING

## Vermont Knit Sweater Shorts

Style: 22194211

CUSTOMER FAVORITE

1 review | write a review

Cute high-waisted knitted jacquard sweater shorts.

*By Spring & Clifton
*60% Super Fine Wool, 30% Nylon, 10% Silk
*Hand Wash
*Import

Measurements for Size Small:
Waist (relaxed): 27"
Rise: 10"
Inseam: 3"

**SHOP ALL:** Shorts & Skorts

price: $148.00

color: **navajo** availability

size: **select a size** chart

XS S M L

quantity: 1

ADD TO BASKET

ADD TO WISHLIST

ADD TO COLLECTIONS

Share this item with your friends and the Free People community:

4 Collection | 1 Email | 52 Like | 1 Tweet | 0 +1

you may also be interested in one of these...

vermont knit sweater shorts is included in 4 collections including...

sweater and sweater shorts
by freebirdd

Created 14 days ago

Navajo
by LeahNicole

Created 57 days ago

feather in my hand.
by sparksflyy

1 person wants this
Created 59 days ago

Relaxed
by ElephantGirl

1 person wants this
Created 63 days ago

need help?
call 800-309-1500
or contact us

shop your country ▸

**customer service**
- help
- order status
- size chart
- shipping information
- returns & exchanges
- international orders

**company**
- our story
- work at fp
- wholesale
- affiliates

**explore**
- find a store
- shop catalog
- wishlists
- collections
- popular searches
- visit mobile site »

BE THE FIRST TO KNOW - SIGN UP FOR OUR EMAILS! enter your email address... SIGN UP New friends get free shipping on first order!

want to receive our catalogs? SUBSCRIBE »

gift cards & e-gift cards SHOP »

Free People on Twitter
Follow freepeople

Free People on Facebook
Like 375,449

follow us here too...

2011 FreePeople.com, LLC. All Rights Reserved. terms of use | privacy & security

2 DAYS UNTIL Fp Limited Edition

download this image

DETAILS & SHOPPING | REVIEWS & FITTING (2) | WHAT SHE'S WEARING

## Margarita Shorts

Style: 22209746

2 reviews | write a review

Gorgeous colorful shorts with two front pockets and elastic waistband.

*By Stone Cold Fox
*Dry Clean Only
*Made in the USA

Measurements for Size 1:
Waist: 28" Relaxed
Inseam: 2"
Rise: 9"

Hand made by the two women of Stone Cold Fox, these hand-cut shorts feature recycled fabric imported from south of the border. The zig-zag facing on these pieces has been used exclusively for Free People. Production of this item is extremely limited - so grab your pair now!

**SHOP ALL:** Shorts & Skorts

price: $258.00

color: **navajo print** availability

size: **select a size** chart

1 2

quantity: 1

ADD TO BASKET

ADD TO WISHLIST

ADD TO COLLECTIONS

Share this item with your friends and the Free People community:

23 Collection | 0 Email | 46 Like | 0 Tweet | 0 +1

*Be the first!*

you may also be interested in one of these...

margarita shorts is included in 23 collections including...

Want
by LidsGee
Created 75 days ago

Rodeo Cool
by OhhLa
Created 95 days ago

summer
by alphawhiskey
Created 125 days ago

Native hearts
by mukwa
2 people want this
Created 126 days ago

Tribal Affair
by Jezelle
Created 134 days ago

BE THE FIRST TO KNOW - SIGN UP FOR OUR EMAILS! enter your email address... SIGN UP New friends get free shipping on first order!

want to receive our catalogs? SUBSCRIBE »

gift cards & e-gift cards SHOP »

Free People on Twitter Follow freepeople

Free People on Facebook Like 375,449

follow us here too...

Case 1:12-cv-00195-BB-LAM    Document 1-3    Filed 02/28/12    Page 10 of 19

2011 FreePeople.com, LLC. All Rights Reserved. terms of use | privacy & security



2 DAYS UNTIL FP Limited Edition

download this image

DETAILS & SHOPPING | REVIEWS & FITTING (0) | WHAT SHE'S WEARING

## One of a Kind Needlepoint Hobo

Style: 21226444

price: $698.00

Write the 1st Review

color: **assorted** availability

Handmade in Los Angeles from 100% vintage materials found across the United States, this bag is a stunning original! Features a beautiful needlepoint exterior with colorful roses and horse designs. The leather used in each bag comes from vintage equestrian tack, while the closures are all flea market finds that have been specially cut for this item. The 100% linen lining is made from reclaimed grain sacks. Since each bag is a one-of-a-kind, what you receive may vary from what is pictured online.

size: **one** chart

One

quantity: 1

ADD TO BASKET

ADD TO WISHLIST

ADD TO COLLECTIONS

*By Totem
*22" wide, 19" long, 7" deep

Totem utilizes salvaged textiles from the past, thoughtfully rescued and given new life in their Los Angeles based studio. Navajo blankets, vintage equestrian tack, and estate needle point canvases come together in their unique line of handbags, scarves, and other accessories.

**SHOP ALL:** Bags & Wallets

Share this item with your friends and the Free People community:

| 11 | 2 | 66 | 2 | 0 |
|---|---|---|---|---|
| Collection | Email | Like | Tweet | +1 |

one of a kind needlepoint hobo is included in 11 collections including...

Lovers in the Fall
by MayLenae
Created 46 days ago

..
by JMcC
Created 46 days ago

Indian Summer
by Betony
Created 70 days ago

Rodeo Cool
by OhhLa
Created 95 days ago

True Grits
by lilamae
Created 125 days ago

Case 1:12-cv-00195-BB-LAM    Document 1-3    Filed 02/28/12    Page 12 of 19



2011 FreePeople.com, LLC. All Rights Reserved.   terms of use  |  privacy & security

2 DAYS UNTIL Fp Limited Edition

Bldg 25 BLOG | WISHLISTS | COLLECTIONS | FIND A STORE | sign in / sign up | HELP | USD

free people

SHOPPING BASKET: 0 items | CHECKOUT

navajo SEARCH

WHAT'S NEW | CLOTHES | ACCESSORIES | SHOES | INTIMATELY FP | VINTAGE LOVES | ENDLESS SUMMER | sale | FEATURES

vintage loves

previous item | next item | need help? | 1.800.309.1500 | email us | return policy | shipping info

VINTAGE LOVES
About Vintage Loves

## Vintage Handmade Navajo Necklace

Style: 22220890

1970s chain link necklace with beautiful turquoise stone details. Adjustable hook closure

**PRICE:** $328.00

PLEASE NOTE
Vintage Loves items are not returnable.

Help/Info

**color:** turquoise

**size:** one size

quantity: 1

ADD TO BASKET

Like OR TELL A FRIEND

**sizing:**
Length: 12 1/2"

**condition:**
fair good mint

**condition details:**
In good condition.

How we rate condition

QUESTIONS AND ANSWERS

**discussion about this product:**

**Enrica** at 10:23:42 PM on 09.08.2011

"is the metal 925 silver? thanks"

**vintage@freepeople.com** at 3:33:00 PM on 09.13.2011

"Hello, we don't believe that it is, we think that its earlier, but are unable to post specifics since it is not clearly documented on the piece. Sorry we don't have more detail, but we would never want to be misleading!"

**ask a question:**

Name Email

SUBMIT

need help?
call 800-309-1500
or contact us

shop your country

customer service: help, order status, size chart, shipping information, returns & exchanges, international orders

company: our story, work at fp, wholesale, affiliates

explore: find a store, shop catalog, wishlists, collections, popular searches, visit mobile site »

BE THE FIRST TO KNOW - SIGN UP FOR OUR EMAILS! enter your email address... SIGN UP New friends get free shipping on first order!

want to receive our catalogs? SUBSCRIBE »

gift cards & e-gift cards SHOP »

Free People on Twitter Follow freepeople

Free People on Facebook Like 375,445

follow us here too...

2011 FreePeople.com, LLC. All Rights Reserved. terms of use | privacy & security

2 DAYS UNTIL FP Limited Edition
Bldg 25 BLOG WISHLISTS COLLECTIONS FIND A STORE sign in / sign up HELP USD
free people SHOPPING BASKET: 0 items CHECKOUT
navajo SEARCH
WHAT'S NEW CLOTHES ACCESSORIES SHOES INTIMATELY FP VINTAGE LOVES ENDLESS SUMMER sale | FEATURES
vintage loves previous item | next item | need help? | 1.800.309.1500 | email us | return policy | shipping info

VINTAGE LOVES
About Vintage Loves

## Vintage Navajo Cuff

Style: 23551088

1950s Navajo cuff with intricate stamped designs and inlay turquoise stone

PRICE: $298.00

PLEASE NOTE
VINTAGE LOVES ITEMS ARE NOT RETURNABLE.

Help/Info

color: turquoise

size: one size

quantity: 1

ADD TO BASKET

Like OR TELL A FRIEND

sizing:

Diameter: 2 ½"

condition:

fair good mint

condition details:

In good condition with some minor signs of wear.

How we rate condition

QUESTIONS AND ANSWERS

ask a question:

Name: Email:

SUBMIT

need help?
call 800-309-1500
or contact us

shop your country

customer service
help
order status
size chart
shipping information
returns & exchanges
international orders

company
our story
work at fp
wholesale
affiliates

explore
find a store
shop catalog
wishlists
collections
popular searches
visit mobile site »

the latest from BLDG 25 BLOG

BE THE FIRST TO KNOW - SIGN UP FOR OUR EMAILS! enter your email address... SIGN UP New friends get free shipping on first order!

want to receive our catalogs? SUBSCRIBE »
gift cards & e-gift cards SHOP »
Free People on Twitter Follow freepeople
Free People on Facebook Like 375,448
follow us here too...

2011 FreePeople.com, LLC. All Rights Reserved. terms of use | privacy & security

2 DAYS UNTIL Fp Limited Edition

Bldg 25 BLOG | WISHLISTS | COLLECTIONS | FIND A STORE | sign in / sign up | HELP | USD

free people | SHOPPING BASKET: 0 items | CHECKOUT

navajo | SEARCH

WHAT'S NEW | CLOTHES | ACCESSORIES | SHOES | INTIMATELY FP | VINTAGE LOVES | ENDLESS SUMMER | sale | FEATURES

vintage loves | previous item | next item | need help? | 1.800.309.1500 | email us | return policy | shipping info

VINTAGE LOVES

About Vintage Loves

# Vintage Navajo Cuff

Style: 23551070

1970s-80s hippie-made Navajo cuff with two turquoise stones.

PRICE: $298.00

PLEASE NOTE

VINTAGE LOVES ITEMS ARE NOT RETURNABLE.

Help/Info

QUESTIONS AND ANSWERS

ask a question:

Name: | Email:

SUBMIT

color: turquoise

size: one size

quantity: 1

ADD TO BASKET

Like | OR TELL A FRIEND

sizing:

Diameter: 2"
Width: 1/2"

condition:

fair | good | mint

condition details:

Good condition.

How we rate condition

need help?
call 800-309-1500
or contact us

shop your country

customer service: help | order status | size chart | shipping information | returns & exchanges | international orders

company: our story | work at fp | wholesale | affiliates

explore: find a store | shop catalog | wishlists | collections | popular searches | visit mobile site »

BE THE FIRST TO KNOW - SIGN UP FOR OUR EMAILS! | enter your email address... | SIGN UP | New friends get free shipping on first order!

want to receive our catalogs? SUBSCRIBE »

gift cards & e-gift cards SHOP »

Free People on Twitter | Follow | freepeople

Free People on Facebook | Like | 375,448

follow us here too...

2011 FreePeople.com, LLC. All Rights Reserved. terms of use | privacy & security

2 DAYS UNTIL Fp Limited Edition

VINTAGE LOVES

About Vintage Loves

## Vintage Navajo Handmade Cuff

Style: 23545569

Handmade Navajo cuff originally sold at a trading post. Features circle turquoise stone and etched arrow details

**PRICE:** $148.00

PLEASE NOTE
Vintage Loves items are not returnable.

Help/Info

**color:** turquoise

**size:** one size

quantity: 1

ADD TO BASKET

Like | OR TELL A FRIEND

**sizing:**
Diameter: 2 ¼"
Width: ½"

**condition:**
fair | good | mint

**condition details:**
In good condition.

How we rate condition

### Questions and Answers

**discussion about this product:**

**Morgan** at 4:01:36 PM on 08.28.2011

"Would this fit around an arm like an arm cuff?"

**vintage@freepeople.com** at 4:24:00 PM on 08.29.2011

"Hello. This is more of a bracelet. The diameter is only 2 ¼" so it would probably not fit very high on the arm. Hope this helps!"

**ask a question:**

Name | Email

SUBMIT

need help?
call 800-309-1500
or contact us

shop your country

customer service: help | order status | size chart | shipping information | returns & exchanges | international orders

company: our story | work at fp | wholesale | affiliates

explore: find a store | shop catalog | wishlists | collections | popular searches | visit mobile site »

BE THE FIRST TO KNOW - SIGN UP FOR OUR EMAILS! | enter your email address... | SIGN UP | New friends get free shipping on first order!

want to receive our catalogs? SUBSCRIBE »

gift cards & e-gift cards SHOP »

Free People on Twitter | Follow | freepeople

Free People on Facebook | Like | 375,448

follow us here too...

2011 FreePeople.com, LLC. All Rights Reserved. terms of use | privacy & security

2 DAYS UNTIL Fp Limited Edition

Bldg 25 BLOG | WISHLISTS | COLLECTIONS | FIND A STORE | sign in / sign up | HELP | USD

free people

SHOPPING BASKET: 0 items | CHECKOUT

navajo SEARCH

WHAT'S NEW | CLOTHES | ACCESSORIES | SHOES | INTIMATELY FP | VINTAGE LOVES | ENDLESS SUMMER | sale | FEATURES

vintage loves

previous item | next item | need help? | 1.800.309.1500 | email us | return policy | shipping info

VINTAGE LOVES

About Vintage Loves

# Vintage Navajo Handmade Necklace

Style: 23550008

1970s handmade Navajo necklace with hand-stamped feathers and beautiful stone pendants.

PRICE: $328.00

PLEASE NOTE
VINTAGE LOVES ITEMS ARE NOT RETURNABLE.

Help/Info

color: turquoise

size: one size

quantity: 1

ADD TO BASKET

Like OR TELL A FRIEND

sizing:

Length: 11"

condition:

fair good mint

condition details:

In great condition

How we rate condition

QUESTIONS AND ANSWERS

ask a question:

Name Email

SUBMIT

need help?
call 800-309-1500
or contact us

shop your country

**customer service**
help
order status
size chart
shipping information
returns & exchanges
international orders

**company**
our story
work at fp
wholesale
affiliates

**explore**
find a store
shop catalog
wishlists
collections
popular searches
visit mobile site »

BE THE FIRST TO KNOW - SIGN UP FOR OUR EMAILS! enter your email address... SIGN UP New friends get free shipping on first order!

want to receive our catalogs? SUBSCRIBE »

gift cards & e-gift cards SHOP »

Free People on Twitter Follow freepeople

Free People on Facebook Like 375,447

follow us here too...

2011 FreePeople.com, LLC. All Rights Reserved. terms of use | privacy & security

2 DAYS UNTIL Fp Limited Edition

Bldg 25 BLOG | WISHLISTS | COLLECTIONS | FIND A STORE | sign in / sign up | HELP | USD

free people

SHOPPING BASKET: 0 items | CHECKOUT

navajo | SEARCH

WHAT'S NEW | CLOTHES | ACCESSORIES | SHOES | INTIMATELY FP | VINTAGE LOVES | ENDLESS SUMMER | sale | FEATURES

vintage loves

previous item | next item | need help? | 1.800.309.1500 | email us | return policy | shipping info

VINTAGE LOVES

About Vintage Loves

# Vintage Navajo Squash Necklace

Style: [illegible]

1970s squash necklace made from trading post and commercial-made beads

**PRICE:** $698.00

PLEASE NOTE

Vintage Loves items are not returnable.

Help/Info

**color:** silver

**size:** one size

quantity: 1

ADD TO BASKET

Like | OR TELL A FRIEND

**sizing:**

Length: [illegible]

**condition:**

fair | good | mint

**condition details:**

Some discoloration.

How we rate condition

Questions and Answers

**ask a question:**

Name | Email

SUBMIT

*need help?*
call 800-309-1500
or contact us

shop your country

*customer service*
help
order status
size chart
shipping information
returns & exchanges
international orders

*company*
our story
work at fp
wholesale
affiliates

*explore*
find a store
shop catalog
wishlists
collections
popular searches
visit mobile site »

BE THE FIRST TO KNOW - SIGN UP FOR OUR EMAILS! | enter your email address... | SIGN UP | New friends get free shipping on first order!

want to receive our catalogs? SUBSCRIBE »

gift cards & e-gift cards SHOP »

Free People on Twitter | Follow | freepeople

Free People on Facebook | Like | 375,448

follow us here too...

2011 FreePeople.com, LLC. All Rights Reserved. terms of use | privacy & security

2 DAYS UNTIL Fp Limited Edition

Bldg 25 BLOG | WISHLISTS | COLLECTIONS | FIND A STORE | sign in / sign up | HELP | USD

free people

SHOPPING BASKET: *0 items* CHECKOUT

navajo SEARCH

WHAT'S NEW | CLOTHES | ACCESSORIES | SHOES | INTIMATELY FP | VINTAGE LOVES | ENDLESS SUMMER | sale | FEATURES

vintage loves

previous item | next item | need help? | 1.800.309.1500 | email us | return policy | shipping info

VINTAGE LOVES

About Vintage Loves

## Vintage Navajo Squash Necklace

Style: 23550858

1970s handmade Navajo squash necklace with bench made beads and horseshoe and turquoise pendant Hook closure.

**PRICE:** $398.00

PLEASE NOTE

VINTAGE LOVES ITEMS ARE NOT RETURNABLE.

Help/Info

**color:** turquoise

**size:** 0

quantity: 1

ADD TO BASKET

Like OR TELL A FRIEND

**sizing:**

Length: 15 1/2" (closed)

**condition:**

fair good mint

**condition details:**

In good condition

How we rate condition

QUESTIONS AND ANSWERS

**ask a question:**

Name Email

SUBMIT

*need help?*
call 800-309-1500
or contact us

**customer service**
help
order status
size chart
shipping information
returns & exchanges
international orders

**company**
our story
work at fp
wholesale
affiliates

**explore**
find a store
shop catalog
wishlists
collections
popular searches
visit mobile site »

shop your country

BE THE FIRST TO KNOW - SIGN UP FOR OUR EMAILS! enter your email address... SIGN UP New friends get free shipping on first order!

want to receive our catalogs? SUBSCRIBE »

gift cards & e-gift cards SHOP »

Free People on Twitter Follow freepeople

Free People on Facebook Like 375,446

follow us here too...

2011 FreePeople.com, LLC. All Rights Reserved. terms of use | privacy & security













