# Exhibit D




2 DAYS UNTIL Fp Limited Edition

your search: **navajo** - 23 matches

Sort: none price, low to high price, high to low

## narrow results

### categories

- what's new (1)
- clothes
- accessories
- shoes
- Vintage Loves (7)
- endless summer
- catalog
- sale
- features

### price

Under $50.00 (1)
Under $75.00 (3)
Under $100.00 (5)
Under $150.00 (11)
Under $200.00 (13)
Under $250.00 (13)
Over $250.00 (10)

### color

grey (3)
tan (3)
brown (2)
multi (2)
blue (1)
yellow (1)
green (1)
black (1)
pink/purple (1)
red (1)

### size

XS/0-2 (2)
S/4-6 (4)
M/8-10 (5)
L/12 (4)
7 - 7.5 (1)
8 - 8.5 (1)
9 - 9.5 (2)
10 - 11 (1)

Vermont Knit Sweater Shorts
$148.00

Margarita Shorts
$258.00

Lopes Crossbody Clutch
$98.00

Tye Dye to the Max Dress
$168.00

Pallas Sandal
~~$268.00~~ $169.95

Feather Clip
$58.00

Striped Boxy Pullover
$108.00

Kona Pointelle Poncho
$148.00

On the V Crochet Tunic
~~$108.00~~ $69.95

Bedouir Leather Bag
~~$575.00~~ $349.95

Southwest Mesa Duffle Bag
$128.00

Arizona Blanket Wrap
~~$78.00~~ $49.95

Hacienda Bag
New color!
$78.00

Rebecca Side Laceup Moc Boot
$138.00

Joplin Fringe Bag
$358.00

One of a Kind Needlepoint Hobo
$698.00


Vintage Handmade Navajo Necklace
$328.00


Vintage Navajo Squash Necklace
$398.00


Vintage Navajo Handmade Necklace
$328.00


Vintage Navajo Cuff
$298.00


Vintage Navajo Squash Necklace
$698.00


Vintage Navajo Handmade Cuff
$148.00


Vintage Navajo Cuff
$298.00





need help?
call 800-309-1500
or contact us

customer service
help
order status
size chart
shipping information
returns & exchanges
international orders

company
our story
work at fp
wholesale
affiliates

explore
find a store
shop catalog
wishlists
collections
popular searches
visit mobile site »

shop your country ▸

BE THE FIRST TO KNOW - SIGN UP FOR OUR EMAILS!   enter your email address...   SIGN UP   New friends get free shipping on first order!




Free People on Twitter
 Follow  freepeople

Free People on Facebook
Like  375,440
follow us here too...


2011 FreePeople.com, LLC. All Rights Reserved.   terms of use  |  privacy & security

my stuff | **shopping basket:** 0 items checkout | search (new & improved): navajo [GO]

your search: **navajo** - 21 matches

Sort: ⦿ none  ○ price, low to high  ○ price, high to low

### narrow results

**categories**
- what's new (1)
- clothes
- accessories
- shoes
- Vintage Loves (7)
- endless summer
- catalog
- sale
- features

**price**
- Under $50.00 (1)
- Under $75.00 (2)
- Under $100.00 (4)
- Under $150.00 (10)
- Under $200.00 (12)
- Under $250.00 (12)
- Over $250.00 (9)

**color**
- grey (3)
- brown (2)
- multi (2)
- tan (2)
- yellow (1)
- green (1)
- black (1)
- pink/purple (1)
- red (1)

**size**
- XS/0-2 (2)
- S/4-6 (2)
- M/8-10 (4)
- L/12 (4)
- 7 - 7.5 (1)
- 8 - 8.5 (1)


Vermont Knit Sweater Shorts
$148.00


Margarita Shorts
$258.00


Lopes Crossbody Clutch
$98.00


Tye Dye to the Max Dress
$168.00


Pallas Sandal
$268.00 $169.95


Feather Clip
$58.00


Striped Boxy Pullover
$108.00


Kona Pointelle Poncho
$148.00


Southwest Mesa Duffle Bag
$128.00


Arizona Blanket Wrap
$78.00 $49.95


Hacienda Bag
**New color!**
$78.00


Rebecca Side Laceup Moc Boot
$138.00


Joplin Fringe Bag
$358.00


One of a Kind Needlepoint Hobo
$698.00


Vintage Handmade Navajo Necklace
$328.00

9 - 9.5 (2)
10 - 11 (1)


Vintage Navajo Squash Necklace
$398.00


Vintage Navajo Handmade Necklace
$328.00


Vintage Navajo Cuff
$298.00


Vintage Navajo Squash Necklace
$698.00


Vintage Navajo Handmade Cuff
$148.00


Vintage Navajo Cuff
$298.00

**need help?**
call 800-309-1500
or contact us

 shop your country

**customer service**
help
order status
size chart
shipping information
returns & exchanges
international orders

**company**
our story
work at fp
wholesale
affiliates

**explore**
find a store
shop catalog
wishlists
collections
popular searches
visit mobile site »

enter your email address...

New friends get free shipping on first order!

want to receive our catalogs?
SUBSCRIBE »

gift cards & e-gift cards
SHOP »

follow us here too...

2011 FreePeople.com, LLC. All Rights Reserved.   terms of use  |  privacy & security



my stuff | **shopping basket:** 0 items  checkout | search (new & improved): navajo [GO]

your search: **navajo** - 7 matches

Sort: ● none  ○ price, low to high  ○ price, high to low

**narrow results**

categories
 Vintage Loves (7)

price
Under $150.00 (1)
Under $200.00 (1)
Under $250.00 (2)
Over $250.00 (5)



Vintage Handmade Navajo Necklace $328.00
Vintage Navajo Squash Necklace $398.00
Vintage Navajo Cuff $298.00
Vintage Navajo Squash Necklace $698.00
Vintage Navajo Handmade Cuff $148.00

Vintage Navajo Cuff $298.00
Vintage Tooled Pendant Necklace $228.00



**need help?**
call 800-309-1500
or contact us

shop your country

**customer service**
help
order status
size chart
shipping information
returns & exchanges
international orders

**company**
our story
work at fp
wholesale
affiliates
site map

**explore**
find a store
shop catalog
wishlists
collections
popular searches
visit mobile site »

enter your email address...   New friends get free shipping on first order!

want to receive our catalogs?
**SUBSCRIBE »**

gift cards & e-gift cards
**SHOP »**

follow us here too...

2012 FreePeople.com, LLC. All Rights Reserved.   terms of use | privacy & security | ca notice