# Exhibit E

 United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

TESS was last updated on Mon Feb 27 04:35:45 EST 2012

Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

( Use the "Back" button of the Internet Browser to return to TESS)

# NAVAJO

| | |
|---|---|
| **Word Mark** | NAVAJO |
| **Goods and Services** | IC 018. US 001 002 003 022 041. G & S: backpacks, baby backpacks, book bags, shoulder bags, and tote bags. FIRST USE: 20100105. FIRST USE IN COMMERCE: 20100105 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Trademark Search Facility Classification Code** | SHAPES-MISC Miscellaneous shaped designs |
| **Serial Number** | 76660867 |
| **Filing Date** | May 31, 2006 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | May 1, 2007 |
| **Registration Number** | 3793381 |
| **Registration Date** | May 25, 2010 |
| **Owner** | (REGISTRANT) NAVAJO BRANDS HOLDING, INC. CORPORATION TEXAS 119 LONGWOOD AVENUE AUSTIN TEXAS 78734 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Jeff A. McDaniel |
| **Prior Registrations** | 2061748;2237848;2573986;2573987;2976666;3151212;AND OTHERS |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

|.HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

TESS was last updated on Mon Feb 27 04:35:45 EST 2012

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

[Logout]  Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status]   *( Use the "Back" button of the Internet Browser to return to TESS)*

### NAVAJO ARTS & CRAFTS GUILD

| | |
|---|---|
| **Word Mark** | NAVAJO ARTS & CRAFTS GUILD |
| **Goods and Services** | IC 008. US 023 028 044. G & S: Tableware sold only within the territory of the Navajo Nation, namely, knives, forks and spoons made of silver, or of silver combined with turquoise or petrified wood settings; flatware made of silver, or of silver combined with turquoise or petrified wood settings. FIRST USE: 19430501. FIRST USE IN COMMERCE: 19430501

IC 014. US 002 027 028 050. G & S: Decorative bells, decorative boxes, bracelets, cuff links, cups, earrings, lavaliere pendants, mugs, necklaces, pins, rings being jewelry, napkin rings, salt holders and trays, all made of silver, or of silver combined with turquoise or petrified wood settings. FIRST USE: 19430501. FIRST USE IN COMMERCE: 19430501 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Trademark Search Facility Classification Code** | NOTATION-SYMBOLS Notation Symbols such as Non-Latin characters,punctuation and mathematical signs,zodiac signs,prescription marks |
| **Serial Number** | 78863416 |
| **Filing Date** | April 18, 2006 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | September 30, 2008 |
| **Registration Number** | 3829700 |
| **Registration Date** | August 3, 2010 |
| **Owner** | (REGISTRANT) Navajo Arts & Crafts Enterprise FEDERALLY RECOGNIZED INDIAN TRIBE UNITED STATES Highway 264 and Route 12 Window Rock NEW MEXICO 86515 |
| **Attorney of Record** | Benjamin Allison |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "ARTS & CRAFTS GUILD" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [TOP] [HELP]

|.HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

TESS was last updated on Mon Feb 27 04:35:45 EST 2012

Logout  Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

( Use the "Back" button of the Internet Browser to return to TESS)

# NAVAJO

| | |
|---|---|
| **Word Mark** | NAVAJO |
| **Goods and Services** | IC 008. US 023 028 044. G & S: Tableware sold only within the territory of the Navajo Nation, namely, knives, forks and spoons made of silver, or of silver combined with turquoise or petrified wood settings; flatware made of silver, or of silver combined with turquoise or petrified wood settings. FIRST USE: 19430501. FIRST USE IN COMMERCE: 19430501 |
| | IC 014. US 002 027 028 050. G & S: Decorative bells, decorative boxes, bracelets, cuff links, cups, earrings, lavaliere pendants, mugs, necklaces, pins, rings being jewelry, napkin rings, salt holders and trays, all made of silver, or of silver combined with turquoise or petrified wood settings. FIRST USE: 19430501. FIRST USE IN COMMERCE: 19430501 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 78883232 |
| **Filing Date** | May 15, 2006 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | October 7, 2008 |
| **Registration Number** | 3846651 |
| **Registration Date** | September 7, 2010 |
| **Owner** | (REGISTRANT) Navajo Arts & Crafts Enterprise TRIBAL ENTERPRISE OF THE NAVAJO NATION, A FEDERALLY RECOGNIZED INDIAN TRIBE UNITED STATES Highway 264 and Route 12 Window Rock ARIZONA 86515 |
| **Attorney of Record** | Benjamin Allison |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

TESS was last updated on Mon Feb 27 04:35:45 EST 2012

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

[Logout] Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status] *( Use the "Back" button of the Internet Browser to return to TESS)*

# NAVAJO ARTS & CRAFTS GUILD

| | |
|---|---|
| **Word Mark** | NAVAJO ARTS & CRAFTS GUILD |
| **Goods and Services** | IC 025. US 022 039. G & S: Neckties and leather belts of plain leather, and of leather ornamented with silver, and of leather ornamented with silver and turquoise, or other trimmings for personal wear. FIRST USE: 19430501. FIRST USE IN COMMERCE: 19430501 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Trademark Search Facility Classification Code** | NOTATION-SYMBOLS Notation Symbols such as Non-Latin characters,punctuation and mathematical signs,zodiac signs,prescription marks |
| **Serial Number** | 78863419 |
| **Filing Date** | April 18, 2006 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | February 23, 2010 |
| **Registration Number** | 3787515 |
| **Registration Date** | May 11, 2010 |
| **Owner** | (REGISTRANT) Navajo Arts & Crafts Enterprise Tribal Enterprise of the Navajo Nation, a Federally Recognized Indian Tribe UNITED STATES Highway 264 and Route 12 Window Rock ARIZONA 86515 |
| **Attorney of Record** | Benjamin Allison |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "ARTS & CRAFTS GUILD" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [TOP] [HELP]

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

TESS was last updated on Mon Feb 27 04:35:45 EST 2012

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

[Logout]  Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status] *( Use the "Back" button of the Internet Browser to return to TESS)*

# NAVAJO

| | |
|---|---|
| **Word Mark** | NAVAJO |
| **Goods and Services** | IC 025. US 022 039. G & S: Neckties and leather belts of plain leather, and of leather ornamented with silver, and of leather ornamented with silver and turquoise or other trimmings, for personal wear. FIRST USE: 19430501. FIRST USE IN COMMERCE: 19430501 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 78883241 |
| **Filing Date** | May 15, 2006 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | February 23, 2010 |
| **Registration Number** | 3787518 |
| **Registration Date** | May 11, 2010 |
| **Owner** | (REGISTRANT) Navajo Arts & Crafts Enterprise Tribal Enterprise of the Navajo Nation, a Federally Recognized Indian Tribe UNITED STATES Highway 264 and Route 12 Window Rock ARIZONA 86515 |
| **Attorney of Record** | Benjamin Allison |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [TOP] [HELP]

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

TESS was last updated on Mon Feb 27 04:35:45 EST 2012

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

[Logout]  Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status]  *( Use the "Back" button of the Internet Browser to return to TESS)*

# NAVAJO

| | |
|---|---|
| **Word Mark** | NAVAJO |
| **Goods and Services** | IC 021. US 002 013 023 029 030 033 040 050. G & S: Housewares, namely, dinnerware, beverage glassware; cups, namely, coffee cups, tea cups, beverage cups, mugs, serveware, namely, bowls, platters, dishes, plates, serving dishes, and saucers |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 76700672 |
| **Filing Date** | December 4, 2009 |
| **Current Filing Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Owner** | (APPLICANT) Navajo Brands Holding, Inc. CORPORATION TEXAS 119 Longwood Ave. Austin TEXAS 78734 |
| **Attorney of Record** | Jeff A. McDaniel |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [TOP] [HELP]

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

 United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Mon Feb 27 04:35:45 EST 2012*

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

[Logout]  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status]   *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | NAVAJO |
| **Goods and Services** | IC 025. US 022 039. G & S: clothing, namely, tops, vests, shirts, sport shorts, polo shirts, golf shirts, * jackets, * T-shirts, sweat shirts. FIRST USE: 19950901. FIRST USE IN COMMERCE: 19950901 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75977971 |
| **Filing Date** | December 19, 1996 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | February 10, 1998 |
| **Change In Registration** | CHANGE IN REGISTRATION HAS OCCURRED |
| **Registration Number** | **2237848** |
| **Registration Date** | April 6, 1999 |
| **Owner** | (REGISTRANT) Navajo Jeans, Inc. CORPORATION TEXAS 119 Longwood Ave. Austin TEXAS 78734 |
| | (LAST LISTED OWNER) DINE DEVELOPMENT CORPORATION CORPORATION ARIZONA P.O. BOX 307 WINDOW ROCK ARIZONA 86515 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Stella Saunders |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20090422. |

| | |
|---|---|
| **Renewal** | 1ST RENEWAL 20090422 |
| **Live/Dead Indicator** | LIVE |



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

TESS was last updated on Mon Feb 27 04:35:45 EST 2012

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

[Logout] Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status] *( Use the "Back" button of the Internet Browser to return to TESS)*

### Typed Drawing

| | |
|---|---|
| **Word Mark** | NAVAJO |
| **Goods and Services** | IC 018. US 001 002 003 022 041. G & S: LUGGAGE, SUITCASES, OVERNIGHT BAGS, AND CARRY-ON BAGS. FIRST USE: 20010331. FIRST USE IN COMMERCE: 20010331 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75217546 |
| **Filing Date** | December 19, 1996 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | February 10, 1998 |
| **Registration Number** | 2573986 |
| **Registration Date** | May 28, 2002 |
| **Owner** | (REGISTRANT) Native American Products, Inc. CORPORATION TEXAS 119 Longwood Ave. Austin TEXAS 78734 |
| | (LAST LISTED OWNER) DINE DEVELOPMENT CORPORATION CORPORATION ARIZONA P.O. BOX 307 WINDOW ROCK ARIZONA 86515 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Stella Saunders |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [TOP] [HELP]

|.**HOME** | **SITE INDEX** | **SEARCH** | **eBUSINESS** | **HELP** | **PRIVACY POLICY**



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

TESS was last updated on Mon Feb 27 04:35:45 EST 2012

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

[Logout]  Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status] *( Use the "Back" button of the Internet Browser to return to TESS)*

**Typed Drawing**

| | |
|---|---|
| **Word Mark** | NAVAJO |
| **Goods and Services** | IC 025. US 022 039. G & S: Footwear, [ shoes, ] boots, beachwear, blouses, overalls, rain wear, sweaters, jackets, coats, ski wear, caps, [ visors, berets, ] hats. FIRST USE: 20050218. FIRST USE IN COMMERCE: 20050218 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 76253718 |
| **Filing Date** | May 7, 2001 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | December 11, 2001 |
| **Registration Number** | **2976666** |
| **Registration Date** | July 26, 2005 |
| **Owner** | (REGISTRANT) Navajo Jeans, Inc. CORPORATION TEXAS 119 Longwood Ave. Austin TEXAS 78734 |
| | (LAST LISTED OWNER) DINE DEVELOPMENT CORPORATION CORPORATION ARIZONA P.O. BOX 307 WINDOW ROCK ARIZONA 86515 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Stella Saunders |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [TOP] [HELP]

|.**HOME** | **SITE INDEX** | **SEARCH** | **e**BUSINESS | **HELP** | **PRIVACY POLICY**



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Mon Feb 27 04:35:45 EST 2012*

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

[Logout]  Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status]  ( Use the "Back" button of the Internet Browser to return to TESS)

# NAVAJO

| | |
|---|---|
| **Word Mark** | NAVAJO |
| **Goods and Services** | IC 035. US 100 101 102. G & S: Online retail store services, namely, on-line ordering services, in the field of clothing, namely, men's, and women's sportswear, namely, jeans, tops, shirts, sport shorts, polo shirts, golf shirts, T-shirts, and sweatshirts. FIRST USE: 20050920. FIRST USE IN COMMERCE: 20050920 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 76646510 |
| **Filing Date** | September 9, 2005 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | May 8, 2007 |
| **Registration Number** | **3602907** |
| **Registration Date** | April 7, 2009 |
| **Owner** | (REGISTRANT) NAVAJO BRANDS HOLDING, INC. CORPORATION TEXAS 119 LONGWOOD AVENUE AUSTIN TEXAS 78734  (LAST LISTED OWNER) DINE DEVELOPMENT CORPORATION, NAVAJO NATION CORPORATION ARIZONA P.O. BOX 307 WINDOW ROCK ARIZONA 86515 |

| | |
|---|---|
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Stella Saunders |
| **Prior Registrations** | 2061748;2237848;2573986;2573987;2976666;3151212;AND OTHERS |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

| .HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY