# Exhibit F





my stuff | shopping basket: 0 items checkout | search (new & improved): indian GO

what's new shop by girl meadow

previous item | next item | need help? | 1.800.309.1500 | email us | return policy | shipping info

download this image

DETAILS & SHOPPING REVIEWS & FITTING (0)

## Wide Beaded Friendship Cuff

Style: 24538803

**Overall Rating** **Q&A**

WRITE A REVIEW ASK A QUESTION

Multicolor beaded friendship bracelet with woven thread key-hole and metal button closure. Adjustable. Tassel detailing at end.

*By Chan Luu
*Semi Precious Stones, Indian Thread
*Import
*9" total length

**SHOP ALL:** Jewelry

price: $380.00

availability (web & stores)

color: **blue multi**

size: **one size** chart

One Size

quantity: 1

Share this item with your friends and the Free People community:

1 0

*Be the first!*

you may also be interested in one of these...

wide beaded friendship cuff is included in 1 collection including...

Pastel into Spring

2 people want this

I Want It

Created 4 days ago

by Nata_s



*need help?*
call 800-309-1500
or contact us

shop your country

*customer service*
help
order status
size chart
shipping information
returns & exchanges
international orders

*company*
our story
work at fp
wholesale
affiliates
site map

*explore*
find a store
shop catalog
wishlists
collections
popular searches
visit mobile site »

enter your email address...

*New friends get free shipping on first order!*

*want to receive our catalogs?*
***SUBSCRIBE »***

*gift cards & e-gift cards*
***SHOP »***

*follow us here too...*

2012 FreePeople.com, LLC. All Rights Reserved. terms of use | privacy & security | ca notice

my stuff | **shopping basket:** 0 items  checkout

search (new & improved): indian [GO]

vintage loves | previous item | next item | need help? | 1.800.309.1500 | email us | return policy | shipping info





### Vintage Woven Bag
Style: 23819915

Vintage Native American Indian woven bag with yarn tassels at all corners. Flap closure with button. Inside lined with floral printed fabric. One outside zipper pocket.

PRICE: $228.00

Help/Info

**discussion about this product:**

Shirine  at 5:04 PM on 02.12.2012

"could you by any chance please send me photos of the inside of this bag? would greatly appreciate it."

Vintage Loves  at 2:11 PM on 02.14.2012

"Hello, this item is packaged for shipping in our warehouse at this time, so our photo studio cannot take new images. However, I can confirm that the lining is floral and plaid. Hope this helps!"

**ask a question:**

Name:  Email:

SUBMIT

color: multi

size: one size

quantity: 1

OR TELL A FRIEND

sizing:
Length: 11"
Width: 12"
Depth: 1"
Strap Length: 31 ½"

condition:

condition details:
The threading around zipper is loose. Shows some wear. In good condition overall.

How we rate condition

---

**need help?**
call 800-309-1500
or contact us

shop your country

**customer service**
help
order status
size chart
shipping information
returns & exchanges
international orders

**company**
our story
work at fp
wholesale
affiliates
site map

**explore**
find a store
shop catalog
wishlists
collections
popular searches
visit mobile site »

enter your email address...   New friends get free shipping on first order!

*want to receive
our catalogs?*

***SUBSCRIBE »***

*gift cards &
e-gift cards*

***SHOP »***

*follow us here too...*

2012 FreePeople.com, LLC. All Rights Reserved.　terms of use　|　privacy & security　|　ca notice

my stuff | shopping basket: 0 items  checkout | search (new & improved): indian [GO]

vintage loves | denim and lace | previous item | next item | need help? | 1.800.309.1500 | email us | return policy | shipping info

**VINTAGE LOVES**
About Vintage Loves

### Vintage Heishi Bead Earrings
Style: 24530305

Vintage pair of Heishi bead earrings with hooks.

Heishi are small discs or tubes shaped beads made of organic shells or ground and polished stones. They originate from the Santo Domingo Pueblo Indians in New Mexico.

PRICE: $228.00

Help/Info

**ask a question:**
Name:    Email:

SUBMIT

**color:** multi
**size:** one size

quantity: 1

OR TELL A FRIEND

**sizing:**
Total Length: 2 1/2"

**condition:**

**condition details:**
In mint condition.

How we rate condition

---

**need help?**
call 800-309-1500
or contact us

shop your country

**customer service**
help
order status
size chart
shipping information
returns & exchanges
international orders

**company**
our story
work at fp
wholesale
affiliates
site map

**explore**
find a store
shop catalog
wishlists
collections
popular searches
visit mobile site »

enter your email address...        New friends get free shipping on first order!

want to receive our catalogs?
SUBSCRIBE »

gift cards & e-gift cards
SHOP »

follow us here too...

2012 FreePeople.com, LLC. All Rights Reserved.   terms of use  |  privacy & security  |  ca notice

my stuff | **shopping basket:** 0 items  checkout | search (new & improved): native american [GO]

vintage loves | previous item | next item | need help? 1.800.309.1500 | email us | return policy | shipping info

**VINTAGE LOVES**
About Vintage Loves

**Vintage Beaded Belt Buckle**
Style: 19185081

Seed bead belt buckle with Native American motif.

PRICE: $148.00

Help/Info

**ask a question:**
Name: Email:

SUBMIT

**color:** assort

**size:** all

quantity: 1

OR TELL A FRIEND

**condition:**

**condition details:**
In excellent condition.

How we rate condition

**need help?**
call 800-309-1500
or contact us

shop your country

**customer service**
help
order status
size chart
shipping information
returns & exchanges
international orders

**company**
our story
work at fp
wholesale
affiliates
site map

**explore**
find a store
shop catalog
wishlists
collections
popular searches
visit mobile site »

enter your email address...    New friends get free shipping on first order!

want to receive our catalogs?
SUBSCRIBE »

gift cards & e-gift cards
SHOP »

follow us here too...

2012 FreePeople.com, LLC. All Rights Reserved.  terms of use | privacy & security | ca notice

my stuff | shopping basket: 0 items  checkout

search (new & improved): native american [GO]

vintage loves                    previous item | next item    need help?  1.800.309.1500    email us    return policy    shipping info





### Vintage Woven Bag
Style: 23819915

Vintage Native American Indian woven bag with yarn tassels at all corners. Flap closure with button. Inside lined with floral printed fabric. One outside zipper pocket.

**PRICE:** $228.00

Help/Info



**color:** multi

**size:** one size

quantity: 1

OR TELL A FRIEND

**sizing:**
Length: 11"
Width: 12"
Depth: 1"
Strap Length: 31 ½"

**condition:**

**condition details:**
The threading around zipper is loose. Shows some wear. In good condition overall.

How we rate condition

**discussion about this product:**

Shirine   at 5:04 PM on 02.12.2012

"could you by any chance please send me photos of the inside of this bag? would greatly appreciate it."

Vintage Loves   at 2:11 PM on 02.14.2012

"Hello, this item is packaged for shipping in our warehouse at this time, so our photo studio cannot take new images. However, I can confirm that the lining is floral and plaid. Hope this helps!"

**ask a question:**

Name:     Email:

SUBMIT

**need help?**
call 800-309-1500
or contact us

shop your country

**customer service**
help
order status
size chart
shipping information
returns & exchanges
international orders

**company**
our story
work at fp
wholesale
affiliates
site map

**explore**
find a store
shop catalog
wishlists
collections
popular searches
visit mobile site »

enter your email address...        New friends get free shipping on first order!

*want to receive
our catalogs?*

***SUBSCRIBE »***

*gift cards &
e-gift cards*

***SHOP »***

*follow us here too...*

2012 FreePeople.com, LLC. All Rights Reserved.   terms of use  |  privacy & security  |  ca notice

**price** (USD)



GO

$ 148　　　　　$ 228

## "native american" we found 2 results.

relevance ▼



**Vintage Beaded Belt Buckle**
$148.00



**Vintage Woven Bag**
$228.00

#### need help?

call 800-309-1500

or contact us

 shop your country

#### customer service

help
order status
size chart
shipping information
returns & exchanges
international orders

#### company

our story
work at fp
wholesale
affiliates
site map

#### explore

find a store
shop catalog
wishlists
collections
popular searches
visit mobile site »

enter your email address...

want to receive
our catalogs?

**SUBSCRIBE »**

gift cards &
e-gift cards

**SHOP »**

2012 FreePeople.com, LLC. All Rights Reserved.   terms of use





`Indian Prince Tee`

`$28.00`

**Overall Rating**

Read Reviews (6)   Write a review

`COLORS:`

 

| `SIZE:` | `QUANTITY:` |
|---|---|
| Select Size | 1 |

Size    Check Availability

**Add to Bag**

`Free Returns!`
`& Free Shipping`
`on all orders`
`over $50`

Add to Wishlist

`Send to a`
`Friend`

Tweet  0

Like  9

`More Ideas`

    

Reviews   Product Details   Ask & Answer   Social   Chat

SKU #23161599

**Overview:**
* Soft cotton tee with allover Indian Prince graphic
* 27"l from shoulder to hem

**Content & Care:**
* Cotton
* Machine wash
* Made in the USA

**TAGS** [ ? ]                                    [ADD YOUR OWN TAG]
BE THE FIRST TO TAG THIS ITEM!





Printed Bracelet - 2 Pack
Now $6

$8.00

**Overall Rating**

Read Reviews (27)   Write a review

COLORS:



SIZE:              QUANTITY:
ALL                1

    Size       Check Availability

**More Ideas**

    

**Add to Bag**

**Free Returns!**
& Free Shipping
on all orders
over $50

Add to Wishlist

Send to a
Friend

Tweet  0

Like  4

| Reviews | Product Details | Ask & Answer | Social |

SKU #19064120

Overview:
* Cotton
* Spot clean
* Imported
* Pack of 2
* 8"l, .75"w

Description:
Pack of two woven cotton bracelets with a allover pattern. Finished with a string closure.

Due to the handmade nature of this item, the color of each bracelet will vary, making each one unique. No two are exactly the same. We can't pick a specific color for you, but we can pick one that you'll love.

TAGS [ ? ]                            [ADD YOUR OWN TAG]
CUSTOMERS THINK THIS IS ...


NATIVE AMERICAN(10)   CRAFTY(5)

## URBAN OUTFITTERS

Dresses Tops Tees & Knit Tops Camis & Tanks Shirts & Blouses Graphics Sweaters Sweatshirts Jackets & Blazers Jackets Blazers & Vests
Bottoms Jeans Pants Shorts Skirts Rompers Color Lounge Intimates Bras & Undies Slips & Bodysuits Tights & Socks
Swim Shoes Sandals Heels & Wedges Flats Boots Sneakers
Accessories Bags Jewelry Hats Scarves Belts Wallets & Keychains Hair Accessories Sunglasses & Readers Beauty Sale
Collections New Arrivals Online Exclusives International Brands Studio Jewelry The March Catalog Trends The St. Patrick's Day Shop Vintage Custom Tee Shop
Tops Graphics Tees & Tanks Shirts Hoodies & Sweatshirts Cardigans & Sweaters Henleys & Polos
Jackets & Blazers Jackets Blazers & Vests Bottoms Jeans Pants Shorts Color
Shoes Casual Dress Sneakers Boots Slippers & Sandals
Accessories Bags & Wallets Hats Scarves & Ties Socks & Underwear Belts Jewelry & Watches Sunglasses & Readers Sale
Collections New Arrivals Online Exclusives Featured Brands The March Catalog Trends The St. Patrick's Day Shop Top Rated Vintage Custom Tee Shop
Furniture Sofas Chairs Tables Storage Headboards Bedding Duvets & Quilts Blankets & Tapestries Pillowcases & Shams
Decorative Accessories Shelving & Storage Curtains Rugs Wall Art Room Décor Candles & Candle Holders Pillows Lighting Jewelry Storage Hardware
Kitchen & Bar Kitchen Bar Bath Shower Curtains Accessories & Mats Books & Stationery Books Stationery Fun & Games
Cameras & Film Cameras Film Music & Electronics Vinyl & Turntables Headphones & Speakers Instruments Accessories Sale
Collections New Arrivals Online Exclusives Shop by Room The March Catalog Trends Decorate for Under $50 The St. Patrick's Day Shop Music Shop Build Your Own Bike Print Shop
Favorite Gifts For Her For Him Gifts Under $50 For Her For Him Stocking Stuffers Gift Cards Gifts by Type
Women's Sale Dresses Tops Jackets & Blazers Bottoms Intimates Shoes Accessories
Men's Sale Tops Jackets & Blazers Bottoms Shoes Accessories
Apartment Sale

**SEARCH RESULTS FOR 'NATIVE AMERICAN'**

*1 products found*



**Printed Bracelet - 2 Pack**

$8.00
Now $6

x

---

**REFINE BY**

**Categories**

▣ Mens

---