# Exhibit G

My Account          Shopping Bag   0 items

search                    Sub

HOME >  SHOES  >  FLATS



OPEN IN NEW WINDOW  |  VIEW LARGER  |  SHARE

Chuska Loafers
Online Exclusive
STYLE # 24173312
★★★★★  1 review    Write a review
$168.00
Shown In: **Black**

Size

Quantity                    size guide

Add To Wish List  |  Send To Friend

DETAILS
Landscape hues shade tribal-inspired tapestry on Zalo's flats.
  Fits true to size
  Polyester, cotton upper
  Leather insole, sole
  Spain

*you may
also like*





Write a review

**itssunshine**
**from Manhattan Beach, CA**

**Age Range:** 18-24
**Height (Feet):** 5
**Height (Inches):** 4
**Body Type:** Hourglass
**Style:** Vintage - distinctive and timeless

★★★★★

AESTHETIC/DESIGN: ★★★★★
QUALITY: ★★★★★

**LOVE these shoes!!**,
February 16, 2012

**Pros:** comfy, good quality, versatile

I had these in my shopping cart for weeks until I finally cracked and just decided to try them. I wasn't
sure how loafers would fit into my wardrobe but after seeing them in person and trying them on, they
definitely won't be going back! The quality is great and the colors look just as good as in the picture.
They look great with skinny jeans and a vintage tee, but also look nice with a dress. I bought these to
wear to work (on my feet all day) and they seem like they will be perfect! I'm already thinking about
buying another color,,,

**Was this review helpful to you?**  Yes  No
(Report Inappropriate Review)

Share this review:

sign up for emails

My Account          Shopping Bag   0 items

search          Sub

HOME  >  SALE  >  BAGS & WALLETS



## Cordillera Clutch
STYLE # 23496953

★★★★½   7 reviews   Write a review

**$79.95** was $148.00

Shown In: **Yellow**



ONE SIZE

Quantity

Add To Wish List  |  Send To Friend

**DETAILS**
Geometric bursts and an angular shape are softened by fuzzy
alpaca pompoms on Huanu's handwoven wool envelope.

   One inner pocket
   Magnetic snap closure
   Wool, alpaca; cotton lining
   10.25"H, 13"W, 1.5"D
   Imported

OPEN IN NEW WINDOW  |  VIEW LARGER  |  SHARE

*you may
also like*



## Customer Reviews   Write a review

Filters

| Star Rating | Age range | Height (feet) | Height (inches) | Body type | Style |

Write a review   Sort by ▼

**bohemianmoon from New York, NY**

**Age Range:** 35-39
**Height (Feet):** 5
**Height (Inches):** 6
**Body Type:** Curvy on top
**Style:** Bohemian - layered and quirky

★★★★★

AESTHETIC/DESIGN: ★★★★★
QUALITY: ★★★★★

**Great casual clutch**,
January 25, 2012

I bought the yellow color and I love it! Great size! I can fit my kindle fire in it and my phone with its
case and my lip color, roll on perfume, and mirror. It is large but not too large and the pom poms are
so cute.

**Was this review helpful to you?**  Yes  No
(Report Inappropriate Review)

Share this review:  f  t

**Ethnoecofashionita
from Lake Tahoe, NV**

**Fabulous clutch at an unbeatable price**,
January 15, 2012



My Account          Shopping Bag  0 items

search          Sub

HOME >  ACCESSORIES  >  SCARVES



### Other Sands Scarf
STYLE # 23402027

★★★★☆  1 review   Write a review

**$175.00**

Shown In: **Turquoise**

ONE SIZE

Quantity

Add To Wish List  |  Send To Friend

**DETAILS**
Warms and cools collide on the oversize geometric print of this
ready-to-wrap scarf by Theodora & Callum.

Linen, silk
Hand wash
80"L, 40"W
Imported

*you may
also like*

OPEN IN NEW WINDOW  |  VIEW LARGER  |  SHARE

Write a review



**DCanthropologist**
★★★★☆

AESTHETIC/DESIGN: ★★★★★
QUALITY: ★★★★☆

**beautiful scarf - too expensive**,
February 18, 2012

This scarf is bright, beautiful, large, and lightweight. It will be a good scarf to transition into spring and
early summer nights. I was tempted, but the price is too steep for me.

**1 of 1 people found this review helpful.**
**Was this review helpful to you?** Yes  No
(Report Inappropriate Review)

Share this review:

sign up for emails

My Account          Shopping Bag    0 items

search          Sub

HOME > ACCESSORIES > NECKLACES



OPEN IN NEW WINDOW | VIEW LARGER | SHARE

### Tria Weave Necklace
Online Exclusive
STYLE # 24315624

★★★★★  3 reviews  Write a review

$78.00

Shown In: **Assorted**



ONE SIZE

Quantity

Add To Wish List  |  Send To Friend  |

**DETAILS**
A chevron-patterned loop hoists a brash trio of chain-coiled shapes and beaded, waist-length strands. By Ranna Gill.

Cotton, metal, plastic, silk-cotton thread
22"L
20" pendant
Imported

*you may
also like*

## Customer Reviews  Write a review

Filters

| Star Rating | Age range | Height (feet) | Height (inches) | Body type | Style |

Write a review    Sort by ▼



**Delveen from Ventura County, CA**
★★★★★

AESTHETIC/DESIGN: ★★★★★
QUALITY: ★★★★★

February 22, 2012

I only bought this necklace because I purchased the romper that they paired this with and loved the entire outfit together with the booties etc. I am so glad I did! For the price, this piece is so unique and great quality. The two items look great together, just as they do on the model. I hope I will have other outfits in my closet that this piece can be worn with, as it it too nice to save for only one outfit! :-)

Was this review helpful to you?  Yes  No
(Report Inappropriate Review)

Share this review: f  t

**Bellapainter from Australia**

**Age Range:** 35-39
**Height (Feet):** 5
**Height (Inches):** 8

**Unique Statement Piece**,
January 31, 2012

my stuff     **shopping basket:**
0 items  checkout

search (new & improved):
tribal     GO

accessories | artists & brands | vanessa mooney          previous item | next item          need help? | 1.800.309.1500 | email us | return policy | shipping info

DETAILS & SHOPPING          REVIEWS & FITTING (0)



download this image

## Loma Tribal Pendant
Style: 24138133

**Overall Rating**

**WRITE A REVIEW**

Stunning metal pendant ball and chain necklace.
Pendant has hanging chain, metal pendants, and
embroidery detailing.

*By Vanessa Mooney
*Oxidized Pewter with Brushed Copper Center Feather
*Made in the USA
*30" long chain, 7" long pendant

**SHOP ALL:** Jewelry

Share this item with your friends and the Free People community:

3          0          0          0          0
          Like     Tweet
Be the first!

price: **$188**.00

availability
(web & stores)

color: **silver**

size: **one size**          chart
One Size

quantity: 1

you may also be
interested in one of
these...



loma tribal pendant is included in 3 collections including...



NYC girl
I Want It
fpstylelover Created 44 days ago
Picture by fpstylelover

Tall for cropped layers
I Want It
Created 86 days ago
by MoodDeLuna

I WANT 3
I Want It
Created 16 days ago
by CDumas



**need help?**
call 800-309-1500
or contact us

shop your country

**customer service**
help
order status
size chart
shipping information
returns & exchanges
international orders

**company**
our story
work at fp
wholesale
affiliates
site map

**explore**
find a store
shop catalog
wishlists
collections
popular searches
visit mobile site »

enter your email address...          SIGN UP »     New friends get free shipping on first order!

*want to receive
our catalogs?*
SUBSCRIBE »

*gift cards &
e-gift cards*
SHOP »

Follow @freepeople

**Free People** on Facebook
Like  506,856

*follow us here too...*

2012 FreePeople.com, LLC. All Rights Reserved.   terms of use | privacy & security | ca notice



my stuff | **shopping basket:** 0 items checkout | search (new & improved): tribal GO

accessories bags all bags

previous item | next item

need help? | 1.800.309.1500 | email us | return policy | shipping info

download this image

DETAILS & SHOPPING REVIEWS & FITTING (3)

## Laguna Macbook Case

Style: 23792716

**Overall Rating**

3 reviews | write a review

Adorable patterened Macbook soft case. Has zipper closure at top. Lightly padded. Your purchase of this product empowers women of Hohoe, Ghana through jobs, education, and skills training.

*By Della
*13" long, 9 ¾" wide

**SHOP ALL:** Bags & Wallets

price: $58.00

availability (web & stores)

color: **green tribal**

size: **all** chart

ALL

**last one in stock!**

quantity: 1

Share this item with your friends and the Free People community:

0 6 13 Like 0 Tweet 0

*Be the first!*

you may also be interested in one of these...

***need help?***

call 800-309-1500
or contact us

shop your country

***customer service***

help
order status
size chart
shipping information
returns & exchanges
international orders

***company***

our story
work at fp
wholesale
affiliates
site map

***explore***

find a store
shop catalog
wishlists
collections
popular searches
visit mobile site »

enter your email address... *New friends get free shipping on first order!*

*want to receive our catalogs?*
***SUBSCRIBE »***

*gift cards & e-gift cards*
***SHOP »***

Follow @freepeople

**Free People** on Facebook Like 506,864

*follow us here too...*

2012 FreePeople.com, LLC. All Rights Reserved. terms of use | privacy & security | ca notice

McFadin Palmedo Blanket Bag at Free People Clothing Boutique   http://www.freepeople.com/palmedo-blanket-bag/_/cmCategoryID/fa53f8...

my stuff    shopping basket:
0 items   checkout

search (new & improved):
Enter Keywords or Style #    GO

accessories    bags    satchels

previous item    next item         need help?   1.800.309.1500    email us    return policy    shipping info

DETAILS & SHOPPING          REVIEWS & FITTING (3)



you may also be
interested in one of
these...

### Palmedo Blanket Bag
Style: 23406044

**Overall Rating**
★★★☆☆
3 reviews | write a review

Beautiful blanket flap bag with leather fringe and
trim. Adjustable leather buckle closure. Strap is a
vintage leather belt.

*By McFadin
*Wool, Leather Trim
*Made in the USA
*14" long, 14" wide, 37 1/2" long shoulder strap
*9 1/2" fringe length

**SHOP ALL:** Bags & Wallets

price: **$488.**00

availability
(web & stores)

color: **red**

size: **one size**       chart

One Size

quantity: 1

Share this item with your friends and the Free People community:

15       7       38       2       0       17

Like    Tweet

download this image



palmedo blanket bag is included in 15 collections including...



Collection no. 1
I Want It
Created 6 days ago
by FrankieCui

Navajo Beauty
1 person wants this
I Want It
Created 18 days ago
by indiehippiepixie

Turquoise
I Want It
Created 27 days ago
by mand

For Nobody Esle But
You
I Want It
Created 34 days ago
by darkhorsee

Want it
I Want It
Created 39 days ago
by Miss Lau



**need help?**
call 800-309-1500
or contact us

shop your country

**customer service**
help
order status
size chart
shipping information
returns & exchanges
international orders

**company**
our story
work at fp
wholesale
affiliates
site map

**explore**
find a store
shop catalog
wishlists
collections
popular searches
visit mobile site »

enter your email address...    New friends get free shipping on first order!

want to receive
our catalogs?
SUBSCRIBE »

gift cards &
e-gift cards
SHOP »

Follow @freepeople

Free People on Facebook
Like  509,582

follow us here too...

2012 FreePeople.com, LLC. All Rights Reserved.   terms of use  |  privacy & security  |  ca notice

*my stuff*    **shopping basket:**
0 items   checkout

search (new & improved):
Enter Keywords or Style #   GO

accessories   bags   satchels

previous item  |  next item        need help?  |  1.800.309.1500  |  email us  |  return policy  |  shipping info



DETAILS & SHOPPING        REVIEWS & FITTING (3)

### Palmedo Blanket Bag
Style: 23406044

price: **$488**.00
availability
(web & stores)

**Overall Rating**
★★★☆☆
3 reviews  |  write a review

color:  **turquoise**

Beautiful blanket flap bag with leather fringe and trim. Adjustable leather buckle closure. Strap is a vintage leather belt.

size:  **one size**        chart
One Size

*By McFadin
*Wool, Leather Trim
*Made in the USA
*14" long, 14" wide, 37 1/2" long shoulder strap
*9 1/2" fringe length

quantity:  1

**SHOP ALL:** Bags & Wallets

you may also be interested in one of these...

download this image



Share this item with your friends and the Free People community:

15        7        38        2        0        17

Like      Tweet

palmedo blanket bag is included in 15 collections including...



Collection no. 1
I Want It
Created 6 days ago
by FrankieCui

Navajo Beauty
1 person wants this
I Want It
Created 18 days ago
by indiehippiepixie

Turquoise
I Want It
Created 27 days ago
by mand

For Nobody Esle But You
I Want It
Created 34 days ago
by darkhorsee

Want it
I Want It
Created 39 days ago
by Miss Lau



**need help?**
call 800-309-1500
or contact us

[flag] shop your country

**customer service**
help
order status
size chart
shipping information
returns & exchanges
international orders

**company**
our story
work at fp
wholesale
affiliates
site map

**explore**
find a store
shop catalog
wishlists
collections
popular searches
visit mobile site »

enter your email address...        New friends get free shipping on first order!

*want to receive our catalogs?*
SUBSCRIBE »

*gift cards & e-gift cards*
SHOP »

Follow @freepeople

Free People on Facebook
Like  509,582

*follow us here too...*

2012 FreePeople.com, LLC. All Rights Reserved.   terms of use  |  privacy & security  |  ca notice

my stuff     **shopping basket:**     search (new & improved)
             0 items  checkout      Enter Keywords or Style #   GO

accessories   bags   satchels                    previous item | next item     | need help? | 1.800.309.1500 | email us | return policy | shipping info



DETAILS & SHOPPING          REVIEWS & FITTING (0)

**Saddle Blanket Bag**
Style: 24190076                          price: **$578**.00

**Overall Rating**                       availability
                                         (web & stores)
**WRITE A REVIEW**
                                         color: **taupe**
Saddle blanket satchel bag with leather trimming,
strap, and fringe. Fringe has bead detailing. Flap has   size: **one size**   chart
bead and tooth charms.
                                         One Size
*By Totem
*100% Wool, Leather                      **only 3 left in stock!**
*Made in USA
*12" wide, 11"deep                       quantity: 1
*24 ½" strap drop
*7" fringe length *
SHOP ALL: Bags & Wallets

Share this item with your friends and the Free People community:

          2          1          3          0          0          1

                         Like        Tweet

download this image

you may also be
interested in one of
these...

saddle blanket bag is included in 2 collections including...



INDIAN SUMMER            Boho Dreams
1 Want It                 1 Want It

Created 41 days ago       Created 73 days ago
by peacethroughpictures   by Jodyz



**need help?**     **customer service**     **company**     **explore**
call 800-309-1500   help                    our story        find a store
or contact us       order status            work at fp       shop catalog
                    size chart              wholesale        wishlists
                    shipping information    affiliates       collections
shop your country   returns & exchanges     site map         popular searches
                    international orders                      visit mobile site »

want to receive      gift cards &                        **Free People** on Facebook     follow us here too...
our catalogs?        e-gift cards                         Like  507,339
SUBSCRIBE »          SHOP »          Follow @freepeople

enter your email address...              New friends get free shipping on first order!

2012 FreePeople.com, LLC. All Rights Reserved.  terms of use | privacy & security | ca notice











my stuff      **shopping basket:**
0 items   checkout

search (new & improved):
Enter Keywords or Style #   GO

accessories    hair accessories    ponytail cuffs

previous item    next item

need help?    1.800.309.1500    email us    return policy    shipping info

DETAILS & SHOPPING          REVIEWS & FITTING (0)

**Cutout Ponytail Cuff**
Style: 24319071

**Overall Rating**

**WRITE A REVIEW**

Metal ponytail cuff with geometric cutout design.
Elastic band attached.

*1 ½" wide cuff

price: **$18.**00

availability
(web & stores)

color: **coral**

size: **one size**      chart

One Size

quantity:   1

you may also be
interested in one of
these...

download this image

Share this item with your friends and the Free People community:

2          1          7          0          0

Like       Tweet

cutout ponytail cuff is included in 2 collections including...



Things for Spring 2012
I Want It
Created 29 days ago
by Xine133

Lovelove
1 person wants this
I Want It
Created 33 days ago
by Hannahgiegss



**need help?**
call 800-309-1500
or contact us

shop your country

**customer service**
help
order status
size chart
shipping information
returns & exchanges
international orders

**company**
our story
work at fp
wholesale
affiliates
site map

**explore**
find a store
shop catalog
wishlists
collections
popular searches
visit mobile site »

enter your email address...      SIGN UP »   New friends get free shipping on first order!

*want to receive
our catalogs?*
SUBSCRIBE »

*gift cards &
e-gift cards*
SHOP »

Follow @freepeople

**Free People** on Facebook
Like   507,020

*follow us here too...*

2012 FreePeople.com, LLC. All Rights Reserved.    terms of use  │  privacy & security  │  ca notice

my stuff | **shopping basket:** | search (new & improved):
0 items   checkout | Enter Keywords or Style #   GO

accessories    hair accessories    ponytail cuffs                    previous item    next item                need help?    1.800.309.1500    email us    return policy    shipping info

DETAILS & SHOPPING                    REVIEWS & FITTING (0)



you may also be interested in one of these...

**Cutout Ponytail Cuff**
Style: 24319071

**price:** $**18**.00

**Overall Rating**

availability
(web & stores)

WRITE A REVIEW

**color:** turquoise

Metal ponytail cuff with geometric cutout design.
Elastic band attached.

*1 ½" wide cuff

**size:** one size        chart

One Size

quantity: 1

download this image

Share this item with your friends and the Free People community:

2            1            7            0            0

Like         Tweet

cutout ponytail cuff is included in 2 collections including...



**Things for Spring 2012**
I Want It
Created 29 days ago
by Xine133

**Lovelove**
1 person wants this
I Want It
Created 33 days ago
by Hannahgiegss

*need help?*
call 800-309-1500
or contact us

shop your country

*customer service*
help
order status
size chart
shipping information
returns & exchanges
international orders

*company*
our story
work at fp
wholesale
affiliates
site map

*explore*
find a store
shop catalog
wishlists
collections
popular searches
visit mobile site »

enter your email address...    SIGN UP    New friends get free shipping on first order!

*want to receive
our catalogs?*
SUBSCRIBE »

*gift cards &
e-gift cards*
SHOP »

Follow @freepeople

Free People on Facebook
Like   507,020

*follow us here too...*

2012 FreePeople.com, LLC. All Rights Reserved.   terms of use | privacy & security | ca notice



my stuff    **shopping basket:**
            0 items   checkout

search (new & improved):
Enter Keywords or Style #    GO

shoes    loafers & menswear          previous item   next item       need help?   1.800.309.1500   email us   return policy   shipping info



DETAILS & SHOPPING                REVIEWS & FITTING (1)

### El Paso Moccasin
Style: 24240426

**Overall Rating**
★★★★★
1 review  |  write a review

Suede moccasin shoes with multicolor embroidered
detailing and suede fringe at front. Stitch detailing
around toe seam. Ties in front. Long wearing nubbed
rubber bottom. Insole is heel-to-toe cushioned
leather. Extremely comfortable.

*By Minnetonka
*Suede, Rubber
*Import

**SHOP ALL:** Casual & Athletic

price:  **$48**.00

availability
(web & stores)

color:  **black**

size:  **select a size**        chart

6  6.5  7  7.5  8  8.5  9  9.5
10

quantity:  1

you may also be
interested in one of
these...

download this image

Share this item with your friends and the Free People community:

2          2          6          1          0          1

Like      Tweet

el paso moccasin is included in 2 collections including...



**Travel Necessities**
I Want It
Created 20 days ago
by FPEmmiebee

**If you're a bird I'm a
bird**
I Want It
Created 19 days ago
by hannah13banana



**need help?**
call 800-309-1500
or contact us

shop your country

**customer service**
help
order status
size chart
shipping information
returns & exchanges
international orders

**company**
our story
work at fp
wholesale
affiliates
site map

**explore**
find a store
shop catalog
wishlists
collections
popular searches
visit mobile site »

enter your email address...        New friends get free shipping on first order!

*want to receive
our catalogs?*
SUBSCRIBE »

*gift cards &
e-gift cards*
SHOP »

Follow @freepeople

**Free People** on Facebook
Like   509,597

*follow us here too...*

2012 FreePeople.com, LLC. All Rights Reserved.   terms of use   |   privacy & security   |   ca notice

*my stuff*   **shopping basket:**   search (new & improved):
0 items   checkout   native   GO

what's new   shop by girl   meadow            previous item   next item        need help?   1.800.309.1500   email us   return policy   shipping info



DETAILS & SHOPPING          REVIEWS & FITTING (3)

### Trapper Moccasin
Style: 23539323

price: $ **98**.00

availability
(web & stores)

**Overall Rating**
★★★★★
3 reviews | write a review

color: **copper**

size: **select a size**         chart
6  7  8  9  10

Handcrafted suede fringed moccasin ankle boot with beaded detailing on front. Stitch detailing around front toe of shoe. Suede ties around ankle and ties in front. Sole is pebbled rubber. Suede inside and out. These boots, using only materials found in nature, keep the organic feel, timeless functionality, and beauty enjoyed by our Native ancestors.

quantity:   1

*By Manitobah Mukluks
*Suede Upper, Rubber Sole
*Handcrafted in Canada

**SHOP ALL:** Women's Boots | Casual & Athletic

you may also be interested in one of these...

Share this item with your friends and the Free People community:

3        2        42        0        0        9
         Like      Tweet

download this image



trapper moccasin is included in 3 collections including...



**Mohekan Madame**
1 person wants this
I Want It
Created 53 days ago
by hokus-pokus

**this one not that one**
1 person wants this
I Want It
Created 69 days ago
by kotaXD

**If you're a bird I'm a bird**
I Want It
Created 18 days ago
by hannah13banana



*need help?*
call 800-309-1500
or contact us

shop your country

**customer service**
help
order status
size chart
shipping information
returns & exchanges
international orders

**company**
our story
work at fp
wholesale
affiliates
site map

**explore**
find a store
shop catalog
wishlists
collections
popular searches
visit mobile site »

enter your email address...   SIGN UP   New friends get free shipping on first order!

*want to receive our catalogs?*
SUBSCRIBE »

*gift cards & e-gift cards*
SHOP »

Follow @freepeople

**Free People** on Facebook
Like   506,899

*follow us here too...*

2012 FreePeople.com, LLC. All Rights Reserved.  terms of use | privacy & security | ca notice

1 of 1                                                                                    2/27/2012 11:08 AM

my stuff     **shopping basket:**     search (new & improved):
0 items   checkout      Enter Keywords or Style #   GO

shoes    loafers & menswear                          previous item   next item          need help?   1.800.309.1500    email us    return policy    shipping info



DETAILS & SHOPPING                    REVIEWS & FITTING (1)

### El Paso Moccasin
Style: 24240426

price: $**48**.00

**Overall Rating**
★★★★★
1 review  |  write a review

availability
(web & stores)

color: **brown**

Suede moccasin shoes with multicolor embroidered detailing and suede fringe at front. Stitch detailing around toe seam. Ties in front. Long wearing nubbed rubber bottom. Insole is heel-to-toe cushioned leather. Extremely comfortable.

*By Minnetonka
*Suede, Rubber
*Import

**SHOP ALL:** Casual & Athletic

size: **select a size**          chart

6   6.5   7   7.5   8   8.5   9   9.5
10

quantity:   1

download this image

Share this item with your friends and the Free People community:

2          2          6          1          0          1
                              Like      Tweet

you may also be interested in one of these...

el paso moccasin is included in 2 collections including...



**Travel Necessities**
I Want It
Created 20 days ago
by FPEmmiebee

**If you're a bird I'm a bird**
I Want It
Created 19 days ago
by hannah13banana



**need help?**
call 800-309-1500
or contact us

shop your country

**customer service**
help
order status
size chart
shipping information
returns & exchanges
international orders

**company**
our story
work at fp
wholesale
affiliates
site map

**explore**
find a store
shop catalog
wishlists
collections
popular searches
visit mobile site »

enter your email address...               New friends get free shipping on first order!

**want to receive our catalogs?**
SUBSCRIBE »

**gift cards & e-gift cards**
SHOP »

Follow @freepeople

**Free People** on Facebook
Like   509,597

**follow us here too...**

2012 FreePeople.com, LLC. All Rights Reserved.   terms of use  |  privacy & security  |  ca notice

my stuff    **shopping basket:**
0 items  checkout

search (new & improved):
native   GO

what's new   shop by girl   lou        previous item  next item    need help?  1.800.309.1500  email us  return policy  shipping info



DETAILS & SHOPPING        REVIEWS & FITTING (0)

## Magical Feather Bag
Style: 24572471

**Overall Rating**

**WRITE A REVIEW**

Canvas satchel bag with leather flap and studded trimming around front of bag and on leather. Hand painted feather on front flap. Adjustable leather buckle strap. Canvas and leather strap is made from 30 year old vintage material. Twist clasp closure. Inside is fully lined with zipper compartment. Back of bag has large pocket. Metal Native American pendant hanging on leather chord near strap.

*By Dukes
*Leather, Canvas
*10 1/2" deep, 14" long across front, 1 3/4" thick on bottom
*Approx. 19" strap drop (can be adjusted to be shorter or longer)

**SHOP ALL:** Bags & Wallets

price: **$858**.00

availability
(web & stores)

color: olive

size: one size    chart

One Size

**only a few left in stock!**

quantity: 1

Share this item with your friends and the Free People community...

3      0      4      0      0      1

Like    Tweet

Be the first!

download this image

you may also be interested in one of these...



magical feather bag is included in *3 collections* including...



**summer bliss**
I Want It
Created 2 days ago
by Lolo94

**Muse**
1 person wants this
I Want It
Created 81 days ago
by Kazus

**Buck**
4 people want this
I Want It
Created 5 days ago
by MohondaMarie



*need help?*
call 800-309-1500
or contact us

shop your country

*customer service*
help
order status
size chart
shipping information
returns & exchanges
international orders

*company*
our story
work at fp
wholesale
affiliates
site map

*explore*
find a store
shop catalog
wishlists
collections
popular searches
visit mobile site »

enter your email address...   SIGN UP  New friends get free shipping on first order!

*want to receive our catalogs?*
SUBSCRIBE »

*gift cards & e-gift cards*
SHOP »

Follow @freepeople

**Free People** on Facebook
Like  506,908

*follow us here too...*

2012 FreePeople.com, LLC. All Rights Reserved.  terms of use   privacy & security   ca notice





*my stuff*   **shopping basket:**
0 items   *checkout*

search (new & improved):
tribal        GO

sale    under $30

previous item | next item

need help? | 1.800.309.1500 | email us | return policy | shipping info

DETAILS & SHOPPING          REVIEWS & FITTING (0)



**Tribal Graphic Scarf**
Style: 24217085

**Overall Rating**

**WRITE A REVIEW**

Tribal patterned lightweight scarf with raw edge ends.

*Import

**SHOP ALL:** Scarves

price:
$19.95 $68.00

availability
(web & stores)

color: **black and white**

size: **one size**          chart

One Size

quantity: 1

you may also be
interested in one of
these...

Share this item with your friends and the Free People community:

1          0        0        0        0          2

Like      Tweet

*Be the first!*

download this image

tribal graphic scarf is included in 1 collection including...



IOwnIHeart
I Want It
Created 97 days ago
by annie61

**need help?**
call 800-309-1500
or contact us

shop your country

**customer service**
help
order status
size chart
shipping information
returns & exchanges
international orders

**company**
our story
work at fp
wholesale
affiliates
site map

**explore**
find a store
shop catalog
wishlists
collections
popular searches
visit mobile site »

enter your email address...      SIGN UP   New friends get free shipping on first order!

*want to receive
our catalogs?*
SUBSCRIBE »

*gift cards &
e-gift cards*
SHOP »

Follow @freepeople

Free People on Facebook
Like  507,266

*follow us here too...*

2012 FreePeople.com, LLC. All Rights Reserved.  terms of use | privacy & security | ca notice