

my stuff      **shopping basket:**      search (new & improved):
0 items  checkout       native        GO

accessories    artists & brands    heyoka leather

previous item / next item        need help?  1.800.309.1500    email us    return policy    shipping info



DETAILS & SHOPPING

REVIEWS & FITTING (1)

### Rolling Thunder Turquoise Necklace
Style: 23604903

**Overall Rating**
★★★★★
1 review | write a review

Gorgeous braided deerskin necklace with layers of beading and fringe. Features turquoise stones and silver metal details. Adjustable knot closure.

*By Heyoka Leather
*Deerskin Leather and Turquoise Beads *Made in the USA
* 22" long with fringe

Heyoka Leather was started by two best friends who began designing and creating custom leather pieces for models and musicians in Los Angeles in 2008. As the word got out and demand grew, they added another brought in another business partner and began to offer their handcrafted goods at select high-end boutiques. Everything in the collection is hand made by the designers, and they source their elk and deer hides from several different suppliers -- searching out the best quality and most ethical hides available. Whenever possible, they purchase directly from hunters and Native people who use every part of the animal. They also personally hand select every hide they work with, which is why Heyoka Leather's choice of leather is so exceptional. Heyoka Leather purchases their brass beads and other embellishments mainly from Native-owned trading posts. Some of the more exotic African trade beads used are sourced from Ritual Adornments in Santa Fe.

**SHOP ALL:** Jewelry

price: **$275**.00

availability
(web & stores)

color: **black / turquoise**

size: **one size**          chart

One Size

quantity: 1

you may also be interested in one of these...

Share this item with your friends and the Free People community:

10       4       4       0       0       1
                    Like    Tweet

rolling thunder turquoise necklace is included in 10 collections including...



**Buck**
4 people want this
I Want It
Created 5 days ago
by MohondaMarie

**Just Hanging Around**
I Want It
Created 106 days ago
by Laris

**Colours of Winter.**
I Want It
Created 110 days ago
by EllieRose

**fall**
I Want It
Created 130 days ago
by eggy

**free and easy wanderer**
I Want It
Created 136 days ago
by soulsurfer

**need help?**
call 800-309-1500
or contact us

shop your country

**customer service**
help
order status
size chart
shipping information
returns & exchanges
international orders

**company**
our story
work at fp
wholesale
affiliates
site map

**explore**
find a store
shop catalog
wishlists
collections
popular searches
visit mobile site »

enter your email address...          New friends get free shipping on first order!

want to receive our catalogs?
SUBSCRIBE »

gift cards & e-gift cards
SHOP »

Follow @freepeople

Free People on Facebook
Like   507,295

follow us here too...

2012 FreePeople.com, LLC. All Rights Reserved.   terms of use | privacy & security | ca notice





my stuff | shopping basket: 0 items checkout | search (new & improved): native GO

accessories artists & brands heyoka leather

previous item | next item

need help? | 1.800.309.1500 | email us | return policy | shipping info

download this image

DETAILS & SHOPPING REVIEWS & FITTING (0)

## Nomad Quartz Necklace

Style: 23604945

**Overall Rating**

WRITE A REVIEW

Stunning braided deerskin necklace with layers of quartz beading and fringe detailing. Adjustable knot closure.

*By Heyoka Leather
*Deerskin and Smoky Quartz Crystal
*Made in the USA
*21 ½" long with fringe

Heyoka Leather was started by two best friends who began designing and creating custom leather pieces for models and musicians in Los Angeles in 2008. As the word got out and demand grew, they added another brought in another business partner and began to offer their handcrafted goods at select high-end boutiques. Everything in the collection is hand made by the designers, and they source their elk and deer hides from several different suppliers: searching out the best quality and most ethical hides available. Whenever possible they purchase directly from hunters and Native people who use every part of the animal. Also, they personally hand select every hide they work with, which is why Heyoka Leather's choice of leather is so exceptional. Heyoka Leather purchases their brass beads and other embellishments mainly from Native owned Trading Posts. Some of the more exotic African trade beads used are sourced from Ritual Adornments in Santa Fe.

**SHOP ALL:** Jewelry

price: $250.00

availability (web & stores)

color: **white**

size: **one size** chart

One Size

quantity: 1

Share this item with your friends and the Free People community:

6 1 2 Like 0 Tweet 0 2

nomad quartz necklace is included in 6 collections including...

knit world
I Want It
Created 138 days ago by seta

Party Like A Rock Star
11 people want this
I Want It
Created 149 days ago by Catarino

"MEL"
4 people want this
I Want It
Created 3 days ago by MOVY

White night
1 person wants this
I Want It
Created 92 days ago by MoodDeLuna

White Angle
I Want It
Created 106 days ago by Laris

*need help?*
call 800-309-1500
or contact us

shop your country

*customer service*
help
order status
size chart
shipping information
returns & exchanges
international orders

*company*
our story
work at fp
wholesale
affiliates
site map

*explore*
find a store
shop catalog
wishlists
collections
popular searches
visit mobile site »

enter your email address... New friends get free shipping on first order!

*want to receive our catalogs?* SUBSCRIBE »

*gift cards & e-gift cards* SHOP »

Follow @freepeople

Free People on Facebook Like 507,296

follow us here too...

2012 FreePeople.com, LLC. All Rights Reserved. terms of use | privacy & security | ca notice

my stuff          **shopping basket:**          search (new & improved):
0 items   checkout    Enter Keywords or Style #   GO

what's new    shop by girl    meadow                    previous item   next item          need help?   1.800.309.1500    email us    return policy    shipping info



DETAILS & SHOPPING                    REVIEWS & FITTING (1)

### Zuma Woven Bangles
Style: 24298879                                          price: **$68**.00

Overall Rating                                           availability
★★★☆☆                                                    (web & stores)
1 review  |  write a review                              color: multi

Hand woven multicolor papyrus bangle bracelet.           size: **one size**        chart

*By Bluma Project                                        One Size
*Naturally Dyed and Hand Woven Papyrus
*Import                                                   quantity:  1
*9 1/2" circumference, 1" width

**SHOP ALL:** Jewelry

download this image

Share this item with your friends and the Free People community:

4            0           4          2           0

                        Like        Tweet

Be the first!

you may also be
interested in one of
these...

zuma woven bangles is included in 4 collections including...



~Ranch Dressing~          beech              Wantt              Meadow
4 people want this        I Want It           I Want It           I Want It
I Want It
                          Created 31 days ago  Created 40 days ago  Created 15 days ago
Created 25 days ago       by NINTYTWELVE       by ameliaburke       by ssmxwll
by MOVY

**need help?**        customer service     company          explore
call 800-309-1500     help                 our story         find a store
or contact us         order status         work at fp        shop catalog
                      size chart           wholesale         wishlists
                      shipping information affiliates        collections
shop your country     returns & exchanges  site map          popular searches
                      international orders                    visit mobile site »

enter your email address...          New friends get free shipping on first order!

want to receive       gift cards &                          Free People on Facebook     follow us here too...
our catalogs?         e-gift cards          Follow @freepeople    Like  509,590
SUBSCRIBE »           SHOP »

2012 FreePeople.com, LLC. All Rights Reserved.   terms of use  |  privacy & security  |  ca notice

my stuff    **shopping basket:**    search (new & improved):

0 items   checkout    Enter Keywords or Style #   GO

accessories | jewelry | bracelets | stones & leather      previous item | next item      need help? | 1.800.309.1500 | email us | return policy | shipping info



DETAILS & SHOPPING      REVIEWS & FITTING (0)

### Beaded Eagle Friendship Bracelet
Style: 24300808

**Overall Rating**

**WRITE A REVIEW**

Bead, chain, and stud embellished leather cuff bracelet with clasp closure.

*By Streets Ahead
*Leather, Brass, Glass Bead Trim
*Made in USA
*7" long, 2" wide

**SHOP ALL:** Jewelry

price: $**68**.00

availability
(web & stores)

color: **silver multi**

size: **one size**   chart

One Size

quantity: 1

download this image

Share this item with your friends and the Free People community:

3     1     6     0     0

Like    Tweet

you may also be interested in one of these...



beaded eagle friendship bracelet is included in 3 collections including...



**"MEL"**
4 people want this
I Want It
Created 4 days ago
by MOVY

**Bad**
I Want It
Created 53 days ago
by Mirja

**Fun & Free**
1 person wants this
I Want It
Created 49 days ago
by sunny sonja



**need help?**
call 800-309-1500
or contact us

shop your country

**customer service**
help
order status
size chart
shipping information
returns & exchanges
international orders

**company**
our story
work at fp
wholesale
affiliates
site map

**explore**
find a store
shop catalog
wishlists
collections
popular searches
visit mobile site »

enter your email address...    New friends get free shipping on first order!

*want to receive our catalogs?*
SUBSCRIBE »

*gift cards & e-gift cards*
SHOP »

Follow @freepeople

Free People on Facebook
Like 509,595

*follow us here too...*

2012 FreePeople.com, LLC. All Rights Reserved.   terms of use | privacy & security | ca notice





### Ecote Beaded Wallet

**$18.00**

★★★★★
Be the first to Write a Review

COLORS:

SIZE:               QUANTITY:
ONE SIZE            [ 1 ]

Size                Check Availability

**Add to Bag**

**Free Returns!**
& Free Shipping
on all orders
over $50

Add to Wishlist

Send to a
Friend

Tweet  0

Like   2

**More Ideas**

      

Reviews    **Product Details**    Ask & Answer    Social    Chat

SKU #23724743

TAGS [ ? ]                    [ADD YOUR OWN TAG]
BE THE FIRST TO TAG THIS ITEM!

**Overview:**
* Compact wallet by Ecote in soft leather topped with rows of beading
* Lined interior with a snap closure
* 4"l, .5"w, 3.25"h

**Content & Care:**
* Leather, acrylic, mixed metal
* Spot clean
* Imported





## Geo Stripe Tapestry

**$39.00**

☆☆☆☆☆
Be the first to Write a Review

COLORS:
MU

SIZE:              QUANTITY:
ONE SIZE          1

                  Check Availability

### Add to Bag

**Free Returns!**
& Free Shipping
on all orders
over $50

Add to Wishlist

Send to a
Friend

Tweet  0

Like   4

**More Ideas**



---

| Reviews | **Product Details** | Ask & Answer | Social |

---

SKU #23550817

**Overview:**
* Woven cotton tapestry
* Perfect for topping a bed, couch, wall or favorite chair
* Fits Full/Queen
* 100"l, 84"w
* UO Exclusive

**Content & Care:**
* Cotton
* Hand wash
* Imported

**TAGS** [ ? ]                    [ADD YOUR OWN TAG]
BE THE FIRST TO TAG THIS ITEM!




Festival Dance Seed Bead
Earring
Online Only

**$24.00**

☆☆☆☆☆
Be the first to Write a Review

COLORS:

SIZE:                QUANTITY:
ONE SIZE             1

Size        Check Availability

**Add to Bag**

**Free Returns!**
& Free Shipping
on all orders
over $50

Add to Wishlist

Send to a
Friend

Tweet  0

Like  1

**More Ideas**

      

---

Reviews    **Product Details**    Ask & Answer    Social

---

SKU #24328585

**Overview:**
* Woven seed bead earrings with beaded fringe trim
* Fishhook earpiece
* 4"l

**Content & Care:**
* Acrylic, mixed metal
* Spot clean
* Imported

TAGS [ ? ]                          [ADD YOUR OWN TAG]
BE THE FIRST TO TAG THIS ITEM!



## Festival Dance Seed Bead Earring
Online Only

**$24.00**

☆☆☆☆☆
Be the first to Write a Review

COLORS:



SIZE:      QUANTITY:
ONE SIZE    1

Size      Check Availability

### Add to Bag

**Free Returns!**
& Free Shipping
on all orders
over $50

Add to Wishlist

Send to a
Friend

Tweet   0

Like   1

**More Ideas**

     

---

**Reviews**    **Product Details**    **Ask & Answer**    **Social**

---

SKU #24328585

**Overview:**
* Woven seed bead earrings with beaded fringe trim
* Fishhook earpiece
* 4"l

**Content & Care:**
* Acrylic, mixed metal
* Spot clean
* Imported

TAGS [ ? ]     [ADD YOUR OWN TAG]
BE THE FIRST TO TAG THIS ITEM!







### Fringed Seed Bead Bracelet

**$19.00**

★★★★★
Be the first to Write a Review

COLORS:

  

SIZE:          QUANTITY:
ONE SIZE       1

Size          Check Availability

**Add to Bag**

**Free Returns!**
& Free Shipping
on all orders
over $50

Add to Wishlist

Send to a
Friend

Tweet  0

Like  2

**More Ideas**

  

---

**Reviews**  | **Product Details** |  **Ask & Answer**    **Social**

---

SKU #23964638

**Overview:**
* Stretchy bracelet topped with rows of woven seed beads
* Fringe trim at one side
* Pull-on closure
* 6.5"l, 3"w

**Content & Care:**
* Acrylic, elastic
* Spot clean
* Imported

**TAGS** [ ? ]                    [ADD YOUR OWN TAG]
BE THE FIRST TO TAG THIS ITEM!





**Geo Seed Bead Bracelet**
Online Only

**$34.00**


★★★★★
Be the first to Write a Review

COLORS:


SIZE:              QUANTITY:
ONE SIZE          1

   Size        Check Availability

**Add to Bag**

**Free Returns!**
& Free Shipping
on all orders
over $50

Add to Wishlist

Send to a
Friend

Tweet  0

Like

**More Ideas**



---

**Reviews**   | **Product Details** |   **Ask & Answer**   **Social**

---

SKU #24225732

**Overview:**
* Wide bracelet topped with rows of woven seed beads in geo designs
* Polished finish
* Lobster clasp closure and extender
* 6"l, 2"w bracelet; 2" extender

**Content & Care:**
* Mixed metal, acrylic
* Spot clean
* Imported

**TAGS** [ ? ]                              [ADD YOUR OWN TAG]
BE THE FIRST TO TAG THIS ITEM!



### Urban Renewal Vintage Beaded Bracelet

**$8.00**

★★★★★
Be the first to Write a Review

**COLORS:**
     

SIZE:                QUANTITY:
ONE SIZE             1

Size        Check Availability



## Add to Bag

**Free Returns!**
& Free Shipping
on all orders
over $50

Add to Wishlist

Send to a
Friend

Tweet  0

Like  2

**More Ideas**

---

Reviews    **Product Details**    Ask & Answer    Social

---

SKU #24220972

**Overview:**
* Urban Renewal Vintage pieces are original vintage-condition items
* You will receive the same style and color as pictured
* Vintage woven bracelet of glossy seed beads
* Loop closure
* 5.5"l, .75"w
* UO Exclusive

**Content & Care:**
* Vintage materials
* Wipe clean
* Made in the USA

All Urban Renewal items are one-of-a-kind and unique. Yours will vary slightly from what's pictured.

**TAGS** [ ? ]                    [ADD YOUR OWN TAG]
BE THE FIRST TO TAG THIS ITEM!





### Seed Bead Barrette

**$14.00**

☆☆☆☆☆
Be the first to Write a Review

COLORS:

SIZE:        QUANTITY:
ONE SIZE      1

Size        Check Availability

**Add to Bag**

**Free Returns!**
& Free Shipping
on all orders
over $50

Add to Wishlist

Send to a
Friend

Tweet  0

Like

**More Ideas**








---

Reviews    **Product Details**    Ask & Answer    Social

---

SKU #24089930

TAGS [ ? ]                    [ADD YOUR OWN TAG]
BE THE FIRST TO TAG THIS ITEM!

**Overview:**
* Metal barrette topped with woven seed beads
* Clip closure
* 3.25"l

**Content & Care:**
* Mixed metal, acrylic
* Spot clean
* Imported





## Seed Bead & Feather Earring

**$28.00**

★★★★★
Be the first to <u>Write a Review</u>

**COLORS:**

**SIZE:**     **QUANTITY:**
ONE SIZE     1

Size     Check Availability

### Add to Bag

**Free Returns!**
& Free Shipping
on all orders
over $50

Add to Wishlist

Send to a
Friend

Tweet   0

Like

**More Ideas**









---

**Reviews**    **Product Details**    **Ask & Answer**    **Social**

---

SKU #24087272

**TAGS** [ ? ]        [ADD YOUR OWN TAG]
BE THE FIRST TO TAG THIS ITEM!

**Overview:**
* Polished metal earring topped with stacked seed beads and feather charms
* Made with natural materials; may vary slightly from photo
* Fishhook earpiece
* 4.5"l drop

**Content & Care:**
* Mixed metal, acrylic, dyed natural feathers
* Spot clean
* Imported





Ecote Bright Beaded Pouch

**$18.00**

★★★★★
Be the first to Write a Review

COLORS:

SIZE:          QUANTITY:
ONE SIZE       1

Size          Check Availability

## Add to Bag

**Free Returns!**
& Free Shipping
on all orders
over $50

Add to Wishlist

Send to a
Friend

Tweet  0

Like  2

**More Ideas**








**Reviews**   **Product Details**   **Ask & Answer**   **Social**

SKU #23733538

**Overview:**
* Ecote pouch topped with rows of beading and embroidery
* Solid cotton panel on the reverse
* Top zip closure with tassel trim
* Lined interior
* 6"l, .5"w, 4"h

**Content & Care:**
* Cotton, acrylic
* Spot clean
* Imported

**TAGS** [ ? ]                    [ADD YOUR OWN TAG]

BE THE FIRST TO TAG THIS ITEM!





**Beaded Headband**

**$16.00**

☆☆☆☆☆
Be the first to Write a Review

COLORS:

SIZE:             QUANTITY:
ONE SIZE          **1**

    Size       Check Availability

**Add to Bag**

---

**Free Returns!**
& Free Shipping
on all orders
over $50

---

Add to Wishlist

Send to a
Friend

Tweet  0

Like  3

**More Ideas**








---

**Reviews**  | **Product Details** | **Ask & Answer**    **Social**

---

SKU #23947187

**Overview:**
* Flexible headband wrapped in faux leather
* Topped with rows of woven seed beads
* UO Exclusive

**Content & Care:**
* Acrylic, polyurethane
* Spot clean
* Imported

This item does not comply with California Proposition 65. Please visit help/info for more
details on Proposition 65.

**TAGS** [ ? ]                    [ADD YOUR OWN TAG]
BE THE FIRST TO TAG THIS ITEM!





### Baja Fabric Headwrap

**$16.00**

★★★★★
Be the first to Write a Review

**COLORS:**

**SIZE:**          **QUANTITY:**
ONE SIZE          **1**

Size          Check Availability

**Add to Bag**

**Free Returns!**
& Free Shipping
on all orders
over $50

Add to Wishlist

Send to a
Friend

Tweet  0

Like

**More Ideas**








---

**Reviews**   **Product Details**   **Ask & Answer**   **Social**

---

SKU #24045007

**Overview:**
* Wide headwrap in colorful woven cotton
* Elastic at the back for a perfect fit
* UO Exclusive

**Content & Care:**
* Cotton, elastic
* Spot clean
* Imported

**TAGS** [ ? ]                    [ADD YOUR OWN TAG]
BE THE FIRST TO TAG THIS ITEM!







## Minnetonka El Paso Moccasin

**$48.00**

**Overall Rating**

★★★★☆
Read Reviews (3)    Write a review

COLORS:

SIZE:                 QUANTITY:
[Select Size]         [1]

Size                  Check Availability

**Add to Bag**

**Free Returns!**
& Free Shipping
on all orders
over $50

Add to Wishlist

Send to a
Friend

Tweet  0

Like  7

**More Ideas**

     

Reviews | **Product Details** | Ask & Answer | Social | Chat

SKU #23716012

TAGS [ ? ]                          [ADD YOUR OWN TAG]
BE THE FIRST TO TAG THIS ITEM!

**Overview:**
* Classic Minnetonka moccasin in rich suede topped with woven detailing
* Stitched toe; wraparound lacing
* Textured rubber sole

**Content & Care:**
* Suede, cotton, rubber
* Spot clean
* Imported

* Cannot be shipped internationally



### Minnetonka Studded Moccasin
Online Only

**$48.00**

**Overall Rating**

Read Reviews (35)    Write a review

COLORS:



SIZE:      QUANTITY:

[ Select Size ]     [ 1 ]

Size      Check Availability



**Add to Bag**

**Free Returns!**
& Free Shipping
on all orders
over $50

Add to Wishlist

Send to a
Friend

Tweet 0

Like 4

**More Ideas**

     

---

**Reviews**    **Product Details**    **Ask & Answer**    **Social**    **Chat**

---

SKU #18690651

Overview:
* Suede, mixed metal, rubber
* Spot clean
* Imported
* Web exclusive

* Cannot be shipped internationally

Description:
Updated moccasin from Minnetonka with rich suede uppers, fringed kiltie trim and
studded detailing at the top. Stitched toe; suede wraparound lacing; soft cushioned
footbed; rubber nub sole.

**TAGS** [ ? ]      [ADD YOUR OWN TAG]
CUSTOMERS THINK THIS IS ...

LOV(2)





## Minnetonka Beaded Thunderbird Moccasin
Online Only

**$48.00**

**Overall Rating**
★★★★☆

Read Reviews (7)   Write a review

**COLORS:**

**SIZE:**
Select Size

**QUANTITY:**
1

Size    Check Availability

**More Ideas**

     

### Add to Bag

**Free Returns!**
& Free Shipping
on all orders
over $50

Add to Wishlist

Send to a
Friend

Tweet  0

Like  8

---

Reviews    **Product Details**    Ask & Answer    Social    Chat

---

SKU #20894440

**TAGS** [ ? ]                [ADD YOUR OWN TAG]
BE THE FIRST TO TAG THIS ITEM!

Overview:
* Suede, rubber, acrylic
* Spot clean
* Imported
* .5" heel
* Web exclusive

* Cannot be shipped internationally

Description:
Essential moccasin from Minnetonka with rich suede uppers and fringed kiltie
detailing at the top, topped with a beaded thunderbird at the front. Complete with a
stitched toe and suede wraparound lacing. Finished with a soft cushioned footbed and
rubber nub sole.