# Exhibit C





2 DAYS UNTIL FP Limited Edition

Bldg 25 BLOG | WISHLISTS | COLLECTIONS | FIND A STORE | sign in / sign up | HELP | USD

free people

SHOPPING BASKET: 0 items CHECKOUT

navajo SEARCH

WHAT'S NEW | CLOTHES | ACCESSORIES | SHOES | INTIMATELY FP | VINTAGE LOVES | ENDLESS SUMMER | sale | FEATURES

your search: **navajo** - 23 matches

Sort: none | price, low to high | price, high to low

## narrow results

### categories

- what's new (1)
- clothes
- accessories
- shoes
- Vintage Loves (7)
- endless summer
- catalog
- sale
- features

### price

- Under $50.00 (1)
- Under $75.00 (3)
- Under $100.00 (5)
- Under $150.00 (11)
- Under $200.00 (13)
- Under $250.00 (13)
- Over $250.00 (10)

### color

- grey (3)
- tan (3)
- brown (2)
- multi (2)
- blue (1)
- yellow (1)
- green (1)
- black (1)
- pink/purple (1)
- red (1)

### size

- XS/0-2 (2)
- S/4-6 (4)
- M/8-10 (5)
- L/12 (4)
- 7 - 7.5 (1)
- 8 - 8.5 (1)
- 9 - 9.5 (2)
- 10 - 11 (1)

Vermont Knit Sweater Shorts
$148.00

Margarita Shorts
$258.00

Lopes Crossbody Clutch
$98.00

Tye Dye to the Max Dress
$168.00

Pallas Sandal
~~$268.00~~ $169.95

Feather Clip
$58.00

Striped Boxy Pullover
$108.00

Kona Pointelle Poncho
$148.00

On the V Crochet Tunic
~~$108.00~~ $69.95

Bedouir Leather Bag
~~$575.00~~ $349.95

Southwest Mesa Duffle Bag
$128.00

Arizona Blanket Wrap
~~$78.00~~ $49.95

Hacienda Bag
New color!
$78.00

Rebecca Side Laceup Moc Boot
$138.00

Joplin Fringe Bag
$358.00

One of a Kind
Needlepoint Hobo
**$698.00**



Vintage Handmade
Navajo Necklace
**$328.00**



Vintage Navajo
Squash Necklace
**$398.00**



Vintage Navajo
Handmade Necklace
**$328.00**



Vintage Navajo
Cuff
**$298.00**



Vintage Navajo
Squash Necklace
**$698.00**



Vintage Navajo
Handmade Cuff
**$148.00**



Vintage Navajo
Cuff
**$298.00**



*need help?*
call 800-309-1500
or contact us

🇺🇸 shop your country ▸

**customer service**
help
order status
size chart
shipping information
returns & exchanges
international orders

**company**
our story
work at fp
wholesale
affiliates

**explore**
find a store
shop catalog
wishlists
collections
popular searches
visit mobile site »

BE THE FIRST TO KNOW - *Sign Up* FOR OUR EMAILS!   enter your email address...   SIGN UP   New friends get free shipping on first order!



*want to receive our catalog?*
SUBSCRIBE ▸



*gift cards & e-gift cards*
SHOP ▸



**Free People** on Twitter
✈ Follow   freepeople



**Free People** on Facebook
👍 Like   375,440



*follow us here too...*



2011 FreePeople.com, LLC. All Rights Reserved.   terms of use   |   privacy & security

# Exhibit D



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks > Trademark Electronic Search System (TESS)**

*TESS was last updated on Mon Feb 27 04:35:45 EST 2012*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout | Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status |  *( Use the "Back" button of the Internet Browser to return to TESS)*

# NAVAJO

| | |
|---|---|
| **Word Mark** | NAVAJO |
| **Goods and Services** | IC 018. US 001 002 003 022 041. G & S: backpacks, baby backpacks, book bags, shoulder bags, and tote bags. FIRST USE: 20100105. FIRST USE IN COMMERCE: 20100105 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Trademark Search Facility Classification Code** | SHAPES-MISC Miscellaneous shaped designs |
| **Serial Number** | 76660867 |
| **Filing Date** | May 31, 2006 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | May 1, 2007 |
| **Registration Number** | 3793381 |
| **Registration Date** | May 25, 2010 |
| **Owner** | (REGISTRANT) NAVAJO BRANDS HOLDING, INC. CORPORATION TEXAS 119 LONGWOOD AVENUE AUSTIN TEXAS 78734 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Jeff A. McDaniel |
| **Prior Registrations** | 2061748;2237848;2573986;2573987;2976666;3151212;AND OTHERS |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

TESS was last updated on Mon Feb 27 04:35:45 EST 2012

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status |  ( USE THE "BACK" BUTTON OF THE INTERNET BROWSER TO RETURN TO TESS)

## NAVAJO ARTS & CRAFTS GUILD

| | |
|---|---|
| **Word Mark** | NAVAJO ARTS & CRAFTS GUILD |
| **Goods and Services** | IC 008. US 023 028 044. G & S: Tableware sold only within the territory of the Navajo Nation, namely, knives, forks and spoons made of silver, or of silver combined with turquoise or petrified wood settings; flatware made of silver, or of silver combined with turquoise or petrified wood settings. FIRST USE: 19430501. FIRST USE IN COMMERCE: 19430501 |
| | IC 014. US 002 027 028 050. G & S: Decorative bells, decorative boxes, bracelets, cuff links, cups, earrings, lavaliere pendants, mugs, necklaces, pins, rings being jewelry, napkin rings, salt holders and trays, all made of silver, or of silver combined with turquoise or petrified wood settings. FIRST USE: 19430501. FIRST USE IN COMMERCE: 19430501 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Trademark Search Facility Classification Code** | NOTATION-SYMBOLS Notation Symbols such as Non-Latin characters, punctuation and mathematical signs, zodiac signs, prescription marks |
| **Serial Number** | 78863416 |
| **Filing Date** | April 18, 2006 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | September 30, 2008 |
| **Registration Number** | 3829700 |
| **Registration Date** | August 3, 2010 |
| **Owner** | (REGISTRANT) Navajo Arts & Crafts Enterprise FEDERALLY RECOGNIZED INDIAN TRIBE UNITED STATES Highway 264 and Route 12 Window Rock NEW MEXICO 86515 |
| **Attorney of Record** | Benjamin Allison |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "ARTS & CRAFTS GUILD" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

TESS was last updated on Mon Feb 27 04:35:45 EST 2012

| TESS Home | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status |   ( USE THE "BACK" BUTTON OF THE INTERNET BROWSER TO RETURN TO TESS)

# NAVAJO

| | |
|---|---|
| **Word Mark** | NAVAJO |
| **Goods and Services** | IC 008. US 023 028 044. G & S: Tableware sold only within the territory of the Navajo Nation, namely, knives, forks and spoons made of silver, or of silver combined with turquoise or petrified wood settings; flatware made of silver, or of silver combined with turquoise or petrified wood settings. FIRST USE: 19430501. FIRST USE IN COMMERCE: 19430501 |
| | IC 014. US 002 027 028 050. G & S: Decorative bells, decorative boxes, bracelets, cuff links, cups, earrings, lavaliere pendants, mugs, necklaces, pins, rings being jewelry, napkin rings, salt holders and trays, all made of silver, or of silver combined with turquoise or petrified wood settings. FIRST USE: 19430501. FIRST USE IN COMMERCE: 19430501 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 78883232 |
| **Filing Date** | May 15, 2006 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | October 7, 2008 |
| **Registration Number** | **3846651** |
| **Registration Date** | September 7, 2010 |
| **Owner** | (REGISTRANT) Navajo Arts & Crafts Enterprise TRIBAL ENTERPRISE OF THE NAVAJO NATION, A FEDERALLY RECOGNIZED INDIAN TRIBE UNITED STATES Highway 264 and Route 12 Window Rock ARIZONA 86515 |
| **Attorney of Record** | Benjamin Allison |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS Home | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

|.HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

**TESS was last updated on Mon Feb 27 04:35:45 EST 2012**

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TARR Status | ASSIGN Status | TDR | TTAB Status   ( USE THE "BACK" BUTTON OF THE INTERNET BROWSER TO RETURN TO TESS)

## NAVAJO ARTS & CRAFTS GUILD

| | |
|---|---|
| **Word Mark** | NAVAJO ARTS & CRAFTS GUILD |
| **Goods and Services** | IC 025. US 022 039. G & S: Neckties and leather belts of plain leather, and of leather ornamented with silver, and of leather ornamented with silver and turquoise, or other trimmings for personal wear. FIRST USE: 19430501. FIRST USE IN COMMERCE: 19430501 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Trademark Search Facility Classification Code** | NOTATION-SYMBOLS Notation Symbols such as Non-Latin characters,punctuation and mathematical signs,zodiac signs,prescription marks |
| **Serial Number** | 78863419 |
| **Filing Date** | April 18, 2006 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | February 23, 2010 |
| **Registration Number** | 3787515 |
| **Registration Date** | May 11, 2010 |
| **Owner** | (REGISTRANT) Navajo Arts & Crafts Enterprise Tribal Enterprise of the Navajo Nation, a Federally Recognized Indian Tribe UNITED STATES Highway 264 and Route 12 Window Rock ARIZONA 86515 |
| **Attorney of Record** | Benjamin Allison |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "ARTS & CRAFTS GUILD" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

|.HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

TESS was last updated on Mon Feb 27 04:35:45 EST 2012

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status |   ( USE THE "BACK" BUTTON OF THE INTERNET BROWSER TO RETURN TO TESS)

# NAVAJO

| | |
|---|---|
| **Word Mark** | NAVAJO |
| **Goods and Services** | IC 025. US 022 039. G & S: Neckties and leather belts of plain leather, and of leather ornamented with silver, and of leather ornamented with silver and turquoise or other trimmings, for personal wear. FIRST USE: 19430501. FIRST USE IN COMMERCE: 19430501 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 78883241 |
| **Filing Date** | May 15, 2006 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | February 23, 2010 |
| **Registration Number** | 3787518 |
| **Registration Date** | May 11, 2010 |
| **Owner** | (REGISTRANT) Navajo Arts & Crafts Enterprise Tribal Enterprise of the Navajo Nation, a Federally Recognized Indian Tribe UNITED STATES Highway 264 and Route 12 Window Rock ARIZONA 86515 |
| **Attorney of Record** | Benjamin Allison |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

|.HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks > Trademark Electronic Search System (TESS)**

TESS was last updated on Mon Feb 27 04:35:45 EST 2012

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | ( USE THE "BACK" BUTTON OF THE INTERNET BROWSER TO RETURN TO TESS)

## Typed Drawing

| | |
|---|---|
| **Word Mark** | NAVAJO |
| **Goods and Services** | IC 025. US 022 039. G & S: clothing, namely, tops, vests, shirts, sport shorts, polo shirts, golf shirts, * jackets, * T-shirts, sweat shirts. FIRST USE: 19950901. FIRST USE IN COMMERCE: 19950901 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75977971 |
| **Filing Date** | December 19, 1996 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | February 10, 1998 |
| **Change In Registration** | CHANGE IN REGISTRATION HAS OCCURRED |
| **Registration Number** | 2237848 |
| **Registration Date** | April 6, 1999 |
| **Owner** | (REGISTRANT) Navajo Jeans, Inc. CORPORATION TEXAS 119 Longwood Ave. Austin TEXAS 78734 |
| | (LAST LISTED OWNER) DINE DEVELOPMENT CORPORATION CORPORATION ARIZONA P.O. BOX 307 WINDOW ROCK ARIZONA 86515 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Stella Saunders |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20090422. |

| | |
|---|---|
| **Renewal** | 1ST RENEWAL 20090422 |
| **Live/Dead Indicator** | LIVE |

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   TOP   HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

**TESS was last updated on Mon Feb 27 04:35:45 EST 2012**

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status |    ( Use the "Back" button of the Internet Browser to return to TESS)

**Typed Drawing**

| | |
|---|---|
| **Word Mark** | NAVAJO |
| **Goods and Services** | IC 018. US 001 002 003 022 041. G & S: LUGGAGE, SUITCASES, OVERNIGHT BAGS, AND CARRY-ON BAGS. FIRST USE: 20010331. FIRST USE IN COMMERCE: 20010331 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75217546 |
| **Filing Date** | December 19, 1996 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | February 10, 1998 |
| **Registration Number** | 2573986 |
| **Registration Date** | May 28, 2002 |
| **Owner** | (REGISTRANT) Native American Products, Inc. CORPORATION TEXAS 119 Longwood Ave. Austin TEXAS 78734 |
| | (LAST LISTED OWNER) DINE DEVELOPMENT CORPORATION CORPORATION ARIZONA P.O. BOX 307 WINDOW ROCK ARIZONA 86515 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Stella Saunders |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

TESS was last updated on Mon Feb 27 04:35:45 EST 2012

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status |   ( Use the "Back" button of the Internet Browser to return to TESS)

**Typed Drawing**

| | |
|---|---|
| **Word Mark** | NAVAJO |
| **Goods and Services** | IC 025. US 022 039. G & S: Footwear, [ shoes, ] boots, beachwear, blouses, overalls, rain wear, sweaters, jackets, coats, ski wear, caps, [ visors, berets, ] hats. FIRST USE: 20050218. FIRST USE IN COMMERCE: 20050218 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 76253718 |
| **Filing Date** | May 7, 2001 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | December 11, 2001 |
| **Registration Number** | 2976666 |
| **Registration Date** | July 26, 2005 |
| **Owner** | (REGISTRANT) Navajo Jeans, Inc. CORPORATION TEXAS 119 Longwood Ave. Austin TEXAS 78734 |
| | (LAST LISTED OWNER) DINE DEVELOPMENT CORPORATION CORPORATION ARIZONA P.O. BOX 307 WINDOW ROCK ARIZONA 86515 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Stella Saunders |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

|.HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

**TESS was last updated on Mon Feb 27 04:35:45 EST 2012**

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | ( Use the "Back" button of the Internet Browser to return to TESS)

# NAVAJO

| | |
|---|---|
| **Word Mark** | NAVAJO |
| **Goods and Services** | IC 035. US 100 101 102. G & S: Online retail store services, namely, on-line ordering services, in the field of clothing, namely, men's, and women's sportswear, namely, jeans, tops, shirts, sport shorts, polo shirts, golf shirts, T-shirts, and sweatshirts. FIRST USE: 20050920. FIRST USE IN COMMERCE: 20050920 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 76646510 |
| **Filing Date** | September 9, 2005 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | May 8, 2007 |
| **Registration Number** | 3602907 |
| **Registration Date** | April 7, 2009 |
| **Owner** | (REGISTRANT) NAVAJO BRANDS HOLDING, INC. CORPORATION TEXAS 119 LONGWOOD AVENUE AUSTIN TEXAS 78734<br><br>(LAST LISTED OWNER) DINE DEVELOPMENT CORPORATION, NAVAJO NATION CORPORATION ARIZONA P.O. BOX 307 WINDOW ROCK ARIZONA 86515 |

| | |
|---|---|
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Stella Saunders |
| **Prior Registrations** | 2061748;2237848;2573986;2573987;2976666;3151212;AND OTHERS |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   TOP   HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# Exhibit E

*my stuff*      **shopping basket:**      search (new & improved):
               0 items   checkout       [indian_____] [GO]

vintage loves                     previous item | next item   need help? | 1.800.309.1500 | email us | return policy | shipping info





*About Vintage Loves*

### Vintage Woven Bag

Style: 23819915

Vintage Native American Indian woven bag with yarn
tassels at all corners. Flap closure with button. Inside
lined with floral printed fabric. One outside zipper
pocket.

**PRICE:**  $228.⁰⁰

Help/Info

**color:** multi

**size:** one size

quantity: 1

OR TELL A FRIEND

**sizing:**

Length: 11"
Width: 12"
Depth: 1"
Strap Length: 31 ½"

**condition:**

**condition details:**

The threading around zipper is loose.
Shows some wear. In good condition
overall.

How we rate condition

**discussion about this product:**

Shirine   at 5:04 PM on 02.12.2012

"could you by any chance please send me photos of the
inside of this bag? would greatly appreciate it."

   Vintage Loves   at 2:11 PM on 02.14.2012

   "Hello, this item is packaged for shipping in our
   warehouse at this time, so our photo studio cannot
   take new images. However, I can confirm that the
   lining is floral and plaid. Hope this helps! "

**ask a question:**

Name:                        Email:
[_____]           [_____]

[                                                    ]
[                                                    ]
[                                                    ]
[                                                    ]

                                                SUBMIT

---

**need help?**          **customer service**      **company**       **explore**
call 800-309-1500       help                      our story         find a store
or contact us           order status              work at fp        shop catalog
                        size chart                wholesale         wishlists
                        shipping information      affiliates        collections
[flag] shop your country returns & exchanges      site map          popular searches
                        international orders                         visit mobile site »

[enter your email address...]                    *New friends get free shipping on first order!*

*want to receive*
*our catalogs?*

*SUBSCRIBE »*

*gift cards &*
*e-gift cards*

*SHOP »*

*follow us here too...*

2012 FreePeople.com, LLC. All Rights Reserved.   terms of use   |   privacy & security   |   ca notice

*my stuff*    **shopping basket:**    search (new & improved):

0 items   checkout    [indian] [GO]

vintage loves    denim and lace      previous item | next item  |  need help? | 1.800.309.1500 | email us | return policy | shipping info

## VINTAGE LOVES
*About Vintage Loves*

### Vintage Heishi Bead Earrings

Style: 24530305

Vintage pair of Heishi bead earrings with hooks.

Heishi are small discs or tubes shaped beads made of organic shells or ground and polished stones. They originate from the Santo Domingo Pueblo Indians in New Mexico.

**PRICE:** $228.00

Help/Info

**color:** multi

**size:** one size

quantity: 1

OR TELL A FRIEND

**sizing:**
Total Length: 2 1/2"

**condition:**

**condition details:**
In mint condition.

How we rate condition

**ask a question:**

Name:     Email:

SUBMIT

---

**need help?**
call 800-309-1500
or contact us

shop your country

**customer service**
help
order status
size chart
shipping information
returns & exchanges
international orders

**company**
our story
work at fp
wholesale
affiliates
site map

**explore**
find a store
shop catalog
wishlists
collections
popular searches
visit mobile site »

enter your email address...    *New friends get free shipping on first order!*

*want to receive our catalogs?*
SUBSCRIBE »

*gift cards & e-gift cards*
SHOP »

*follow us here too...*

2012 FreePeople.com, LLC. All Rights Reserved.   terms of use | privacy & security | ca notice

*my stuff*

**shopping basket:**
0 items  *checkout*

search (new & improved):
[ native american ] [GO]

vintage loves

previous item | next item   |   need help?   |   1.800.309.1500   |   email us   |   return policy   |   shipping info





VINTAGE LOVES
*About Vintage Loves*

## Vintage Woven Bag

Style: 23819915

Vintage Native American Indian woven bag with yarn tassels at all corners. Flap closure with button. Inside lined with floral printed fabric. One outside zipper pocket.

**PRICE:** $ 228.00

Help/Info

**color:** multi

**size:** one size

quantity: 1

OR TELL A FRIEND

**sizing:**

Length: 11"
Width: 12"
Depth: 1"
Strap Length: 31 ½"

**condition:**

**condition details:**

The threading around zipper is loose. Shows some wear. In good condition overall.

How we rate condition

**discussion about this product:**

Shirine  at 5:04 PM on 02.12.2012

"could you by any chance please send me photos of the inside of this bag? would greatly appreciate it."

Vintage Loves  at 2:11 PM on 02.14.2012

"Hello, this item is packaged for shipping in our warehouse at this time, so our photo studio cannot take new images. However, I can confirm that the lining is floral and plaid. Hope this helps! "

**ask a question:**

Name:       Email:

SUBMIT

*need help?*
call 800-309-1500
or contact us

[ shop your country ]

**customer service**
help
order status
size chart
shipping information
returns & exchanges
international orders

**company**
our story
work at fp
wholesale
affiliates
site map

**explore**
find a store
shop catalog
wishlists
collections
popular searches
visit mobile site »

enter your email address...

*New friends get free shipping on first order!*

*want to receive*
*our catalogs?*

*SUBSCRIBE »*

*gift cards &*
*e-gift cards*

*SHOP »*

*follow us here too...*

2012 FreePeople.com, LLC. All Rights Reserved.   terms of use  |  privacy & security  |  ca notice

## "native american" we found 2 results.

price (USD)



GO

$ 148                    $ 228

relevance ▾



**Vintage Beaded Belt Buckle**

$148.00



**Vintage Woven Bag**

$228.00

### need help?

call 800-309-1500
or contact us

 shop your country

### customer service

help
order status
size chart
shipping information
returns & exchanges
international orders

### company

our story
work at fp
wholesale
affiliates
site map

### explore

find a store
shop catalog
wishlists
collections
popular searches
visit mobile site »

enter your email address...

*want to receive
our catalogs?*

**SUBSCRIBE »**

*gift cards &
e-gift cards*

**SHOP »**

2012 FreePeople.com, LLC. All Rights Reserved.    terms of use

# URBAN OUTFITTERS

Dresses Tops Tees & Knit Tops Camis & Tanks Shirts & Blouses Graphics Sweaters Sweatshirts Jackets & Blazers Jackets Blazers & Vests
Bottoms Jeans Pants Shorts Skirts Rompers Color Lounge Intimates Bras & Undies Slips & Bodysuits Tights & Socks
Swim Shoes Sandals Heels & Wedges Flats Boots Sneakers
Accessories Bags Jewelry Hats Scarves Belts Wallets & Keychains Hair Accessories Sunglasses & Readers Beauty Sale
Collections New Arrivals Online Exclusives International Brands Studio Jewelry The March Catalog Trends The St. Patrick's Day Shop Vintage Custom Tee
Shop
Tops Graphics Tees & Tanks Shirts Hoodies & Sweatshirts Cardigans & Sweaters Henleys & Polos
Jackets & Blazers Jackets Blazers & Vests Bottoms Jeans Pants Shorts Color
Shoes Casual Dress Sneakers Boots Slippers & Sandals
Accessories Bags & Wallets Hats Scarves & Ties Socks & Underwear Belts Jewelry & Watches Sunglasses & Readers Sale
Collections New Arrivals Online Exclusives Featured Brands The March Catalog Trends The St. Patrick's Day Shop Top Rated Vintage Custom Tee Shop
Furniture Sofas Chairs Tables Storage Headboards Bedding Duvets & Quilts Blankets & Tapestries Pillowcases & Shams
Decorative Accessories Shelving & Storage Curtains Rugs Wall Art Room Décor Candles & Candle Holders Pillows Lighting Jewelry Storage Hardware
Kitchen & Bar Kitchen Bar Bath Shower Curtains Accessories & Mats Books & Stationery Books Stationery Fun & Games
Cameras & Film Cameras Film Music & Electronics Vinyl & Turntables Headphones & Speakers Instruments Accessories Sale
Collections New Arrivals Online Exclusives Shop by Room The March Catalog Trends Decorate for Under $50 The St. Patrick's Day Shop Music Shop Build Your
Own Bike Print Shop
Favorite Gifts For Her For Him Gifts Under $50 For Her For Him
Stocking Stuffers Gift Cards Gifts by Type
Women's Sale Dresses Tops Jackets & Blazers Bottoms Intimates Shoes Accessories
Men's Sale Tops Jackets & Blazers Bottoms Shoes Accessories
Apartment Sale

SEARCH RESULTS FOR **'NATIVE AMERICAN'**

*1 products found*



**Printed Bracelet - 2 Pack**

$8.00

Now $6

x

REFINE BY

**Categories**

⊞ Mens



my stuff

**shopping basket:**
0 items    checkout

search (new & improved):
Enter Keywords or Style #    GO

accessories    bags    satchels

previous item    next item

need help?    1.800.309.1500    email us    return policy    shipping info

DETAILS & SHOPPING

REVIEWS & FITTING (3)

you may also be
interested in one of
these...

**Palmedo Blanket Bag**
Style: 23406044

price: $**488**.00

availability
(web & stores)

**Overall Rating**
★★★☆☆
3 reviews | write a review

color: red

Beautiful blanket flap bag with leather fringe and
trim. Adjustable leather buckle closure. Strap is a
vintage leather belt.

*By McFadin
*Wool, Leather Trim
*Made in the USA
*14" long, 14" wide, 37 1/2" long shoulder strap
*9 1/2" fringe length

**SHOP ALL:** Bags & Wallets

size: **one size**    chart

One Size

quantity:  1

Share this item with your friends and the Free People community:

15    7    38    2    0    17

Like    Tweet

download this image

palmedo blanket bag is included in 15 collections including...



Collection no. 1
I Want It

Created 6 days ago
by FrankieCui

Navajo Beauty
1 person wants this
I Want It

Created 18 days ago
by indiehippiepixie

Turquoise
I Want It

Created 27 days ago
by mand

For Nobody Esle But
You
I Want It

Created 34 days ago
by darkhorsee

Want it
I Want It

Created 39 days ago
by Miss Lau



**need help?**

call 800-309-1500
or contact us

shop your country

**customer service**
help
order status
size chart
shipping information
returns & exchanges
international orders

**company**
our story
work at fp
wholesale
affiliates
site map

**explore**
find a store
shop catalog
wishlists
collections
popular searches
visit mobile site »

enter your email address...    SIGN UP    New friends get free shipping on first order!

want to receive
our catalogs?
SUBSCRIBE »

gift cards &
e-gift cards
SHOP »

Follow @freepeople

Free People on Facebook
Like    509,582

follow us here too...

2012 FreePeople.com, LLC. All Rights Reserved.    terms of use  |  privacy & security  |  ca notice



my stuff    **shopping basket:**
0 items   checkout

search (new & improved):
Enter Keywords or Style #   GO

accessories   bags   satchels

previous item   next item

need help?   1.800.309.1500   email us   return policy   shipping info

DETAILS & SHOPPING      REVIEWS & FITTING (3)

you may also be
interested in one of
these...

### Palmedo Blanket Bag
Style: 23406044

price: $**488**.00

availability
(web & stores)

**Overall Rating**
★★★☆☆
3 reviews | write a review

color: **turquoise**

Beautiful blanket flap bag with leather fringe and
trim. Adjustable leather buckle closure. Strap is a
vintage leather belt.

*By McFadin
*Wool, Leather Trim
*Made in the USA
*14" long, 14" wide, 37 1/2" long shoulder strap
*9 1/2" fringe length

**SHOP ALL:** Bags & Wallets

size: **one size**      chart

One Size

quantity: 1

download this image

Share this item with your friends and the Free People community:

15     7     38     2     0     17

Like     Tweet

palmedo blanket bag is included in 15 collections including...



Collection no. 1
I Want It
Created 6 days ago
by FrankieCui

Navajo Beauty
1 person wants this
I Want It
Created 18 days ago
by indiehippiepixie

Turquoise
I Want It
Created 27 days ago
by mand

For Nobody Esle But
You
I Want It
Created 34 days ago
by darkhorsee

Want it
I Want It
Created 39 days ago
by Miss Lau



*need help?*
call 800-309-1500
or contact us

shop your country

*customer service*
help
order status
size chart
shipping information
returns & exchanges
international orders

*company*
our story
work at fp
wholesale
affiliates
site map

*explore*
find a store
shop catalog
wishlists
collections
popular searches
visit mobile site »

enter your email address...    New friends get free shipping on first order!

*want to receive
our catalogs?*
SUBSCRIBE »

*gift cards &
e-gift cards*
SHOP »

Follow @freepeople

Free People on Facebook
Like 509,582

*follow us here too...*

2012 FreePeople.com, LLC. All Rights Reserved.   terms of use | privacy & security | ca notice



my stuff     **shopping basket:**
0 items   checkout

search (new & improved):
Enter Keywords or Style #   GO

accessories   bags   satchels

previous item   next item

need help?   1.800.309.1500   email us   return policy   shipping info



DETAILS & SHOPPING          REVIEWS & FITTING (0)

### Vintage Cherokee Backpack
Style: 23781560

**Overall Rating**

**WRITE A REVIEW**

Beautiful patterned woven drawstring backpack with
distressed leather trimming. Adjustable straps. Fully
lined with canvas. Zipper pocket inside. Buckle
closure. Woven part is made from one-of-a-kind
blankets, so each backpack will vary.

*By Totem
*Textile, Leather
*14" deep, 11 ¼" wide, 7 ¼" thick on the side

**SHOP ALL:** Bags & Wallets

price: **$598**.00

availability
(web & stores)

color:  **tan**

size:  **one size**          chart

One Size

quantity:   1

you may also be
interested in one of
these...

download this image

Share this item with your friends and the Free People community:

9          4          20          0          1          32

Like       Tweet

**vintage cherokee backpack is included in 9 collections including...**



**Gypsy Love**
I Want It

Created 52 days ago
by Zsari

**the world traveler**
1 person wants this
I Want It

Created 63 days ago
by elliemeyer

**Stuff**
I Want It

Created 80 days ago
by Sathanie

**campfires and ukeleles**
I Want It

Created 91 days ago
by chriscross

**big bags**
I Want It

Created 114 days ago
by shamanbear

*need help?*
call 800-309-1500
or contact us

shop your country

*customer service*
help
order status
size chart
shipping information
returns & exchanges
international orders

*company*
our story
work at fp
wholesale
affiliates
site map

*explore*
find a store
shop catalog
wishlists
collections
popular searches
visit mobile site »



enter your email address...          New friends get free shipping on first order!

*want to receive
our catalogs?*
SUBSCRIBE »

*gift cards &
e-gift cards*
SHOP »

Follow @freepeople

Free People on Facebook
Like   506,961

*follow us here too...*

2012 FreePeople.com, LLC. All Rights Reserved.   terms of use  |  privacy & security  |  ca notice

my stuff    **shopping basket:**
0 items   checkout

search (new & improved):
native    GO

what's new    shop by girl    lou

previous item    next item

need help?   1.800.309.1500   email us   return policy   shipping info



DETAILS & SHOPPING      REVIEWS & FITTING (0)

### Magical Feather Bag
Style: 24572471

**Overall Rating**

**WRITE A REVIEW**

price: $ **858**.00

availability
(web & stores)

color: **olive**

size: one size    chart

One Size

only a few left in stock!

quantity: 1

Canvas satchel bag with leather flap and studded trimming around front of bag and on leather. Hand painted feather on front flap. Adjustable leather buckle strap. Canvas and leather strap is made from 30 year old vintage material. Twist clasp closure. Inside is fully lined with zipper compartment. Back of bag has large pocket. Metal Native American pendant hanging on leather chord near strap.

*By Dukes
*Leather, Canvas
*10 1/2" deep, 14" long across front, 1 3/4" thick on bottom
*Approx. 19" strap drop (can be adjusted to be shorter or longer)

**SHOP ALL:** Bags & Wallets

download this image

Share this item with your friends and the Free People community.

3      0      4      0      0      1

Like    Tweet

Be the first!

you may also be interested in one of these...



magical feather bag is included in 3 collections including...



**summer bliss**
I Want It
Created 2 days ago
by Lolo94

**Muse**
1 person wants this
I Want It
Created 81 days ago
by Kazus

**Buck**
4 people want this
I Want It
Created 5 days ago
by MohondaMarie



*need help?*
call 800-309-1500
or contact us

shop your country

*customer service*
help
order status
size chart
shipping information
returns & exchanges
international orders

*company*
our story
work at fp
wholesale
affiliates
site map

*explore*
find a store
shop catalog
wishlists
collections
popular searches
visit mobile site »

enter your email address...    New friends get free shipping on first order!

*want to receive our catalogs?*
SUBSCRIBE »

*gift cards & e-gift cards*
SHOP »

Follow @freepeople

**Free People** on Facebook
Like   506,908

*follow us here too...*

2012 FreePeople.com, LLC. All Rights Reserved.   terms of use   privacy & security   ca notice