# DECLARATION OF ED LOORAM

I, ED LOORAM, hereby declare as follows:

1. I am Director of Content and Public Relations at Urban Outfitters, Inc.

2. I have reviewed the documents that are attached as Exhibit A to the Complaint in the case *Navajo Nation v. Urban Outfitters et al.* Exhibit A contains 23 web pages depicting different fashion products displaying the term "Navajo".

3. I have also reviewed the document that is attached as Exhibit B to the Complaint, which is a letter dated June 30, 2011, to Mr. Glen Senk, Chief Executive Office, Urban Outfitters Incorporated, from Harrison Tsosie, Attorney General, Navajo Nation Department of Justice.

4. Attached hereto as Exhibit 1 is a true and correct copy of the envelope in which the above-referenced Exhibit B was mailed post-marked October 12, 2011.

5. On October 18, 2011, steps were taken to remove the term "Navajo" from the Urban Outfitters Internet web pages. No other changes were made.

6. By October 19th or 20th, after the system reset, the word "Navajo" was removed from each of the Internet web pages depicted in Exhibit A to the Complaint.

7. Attached hereto as Exhibit 2 is a true and correct copy of an email I received from Laurel Morales enclosing a statement released by the Navajo Nation on October 19, 2012, stating "The Navajo Nation Department of Justice is aware of the Urban Outfitters Corporation's recent removal of the Navajo name from its online marketing and retailing of its products" … [and that the] "Navajo Nation appreciates actions such as those recently taken by Urban Outfitters[.]"

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed on this 26 day of April 2012.

*/s/ Ed Looram*

ED LOORAM

# EXHIBIT 1



Navajo Nation Department of Justice
Post Office Drawer 2010
Window Rock, AZ 86515

ECDU

7008 2810 0000 5850 8477

Mr. Glen T. Senk
Chief Executive Officer
Urban Outfitters Incorporated
5000 South Broad Street
Philadelphia, Pennsylvania 19112-1495

# EXHIBIT 2

Thursday, October 20, 2011 2:10:11 PM ET

**Subject:** Re: in re: navajo/cease and desist
**Date:** Thursday, October 20, 2011 12:22:45 PM ET
**From:** Laurel Morales
**To:** Ed Looram

Hi Ed,

I understand Urban Outfitters has removed "Navajo" from its Web site. This was released from the tribe yesterday (see below). Has Urban Outfitters also removed "Navajo" from merchandise in stores and from print advertising?

[Window Rock, Navajo Nation (AZ)—The Navajo Nation Department of Justice is aware of the Urban Outfitters Corporation's recent removal of the Navajo name from its online marketing and retailing of its products. The Urban Outfitters Corporation's recent removal of the Navajo name from its online marketing and retailing are positive actions that are more consistent with the corporation's responsibilities than previously demonstrated. If the company has also ceased using the Navajo name in conjunction with its merchandise in its retail stores and print-media advertising, these are encouraging steps by the company towards amicably resolving this matter. While the Navajo Nation is certainly committed to protecting its distinctive name and trademarks; the Navajo Nation is also committed to avoiding unnecessary controversy and beneficially resolving matters concerning the unprivileged use of the Navajo name. The Navajo Nation appreciates actions such as those recently taken by Urban Outfitters, and encourages other companies to take similarly responsible measures in the future.

Thank you in advance. I look forward to hearing from you.]

Laurel Morales
Flagstaff Bureau Reporter
KJZZ - NPR Arizona
928-523-4498 office
928-856-2011 cell
http://www.fronterasdesk.org/

On Fri, Oct 14, 2011 at 9:28 AM, Ed Looram <ELooram@urbanoutfitters.com> wrote:
I'm going to skip the phoner and approve your use of product imagery.

Interesting detail added to the Star Tribune (MN) article:

http://www.startribune.com/lifestyle/131612793.html

From: Laurel Morales <lmorales@rioradio.org>
Date: Fri, 14 Oct 2011 12:19:43 -0400
To: Ed Looram <elooram@urbanoutfitters.com>
Subject: Re: in re: navajo/cease and desist

Hello again,

We would like to post your statement on our Website along with photos from Urban Outfitters. Can we have your permission to use photos of a couple items? We would link to Urban Outfitters.

Page 1 of 2