## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

THE NAVAJO NATION, et al.    :
            :
    Plaintiffs,    :
            :   No. CIV 2012-00195 LH-WDS
v.           :
            :
URBAN OUTFITTERS, INC., et al.   :
            :
            :
    Defendants.   :
_____

### DEFENDANTS' MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(A)

   Defendants Urban Outfitters, Inc., UO.com, L.L.C., Urban Outfitters Wholesale, Inc., Anthropologie, Inc., Anthropologie.com, L.L.C., Free People of PA, L.L.C., and Freepeople.com L.L.C. (collectively the "Defendants"), each respectfully move the Court to transfer venue in this action to the United States District Court for the Eastern District of Pennsylvania pursuant to 28 U.S.C. § 1404(a).

   In support of their Motion, Defendants rely upon and incorporate the facts, law, and arguments set forth in the accompanying Memorandum in Support and attached Exhibits. Defendants sought, but did not obtain, Plaintiffs' concurrence in the present Motion.

   WHEREFORE, Defendants each respectfully request that this Court enter an Order pursuant to 28 U.S.C. § 1404(a) transferring this matter to the United States District Court for the Eastern District of Pennsylvania.

Respectfully submitted,

BUTT THORNTON & BAEHR PC

_/s/ Alfred L. Green, Jr._
Alfred L. Green, Jr., Esq.
Post Office Box 3170
Albuquerque, NM 87110
Phone: (505) 884-0777

H. Jonathan Redway, Esq.
Nicole M. Meyer, Esq.
DICKINSON WRIGHT PLLC
1875 Eye Street, N.W., Suite 1200
Washington, D.C. 20006
Phone: (202) 457-0160

Joseph A. Fink, Esq.
DICKINSON WRIGHT PLLC
215 S. Washington Square, Suite 200
Lansing, MI 48933
Phone: (517) 487-4711
**_Attorneys for Defendants_**

I HEREBY CERTIFY that on the 20th day of September, 2012, I filed the foregoing

electronically through the CM/ECF system, which caused the following parties or counsel to be

served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Brian L. Lewis
blewis@nndoj.org

Henry S. Howe
hhowe@nndoj.org

Karin Swope
kswope@kellerrohrback.com

Mark Griffin
mgriffin@kellerrohrback.com

_/s/ Alfred L. Green, Jr._
Alfred L. Green, Jr.