IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

THE NAVAJO NATION, DINE
DEVELOPMENT CORPORATION,
and NAVAJO ARTS AND CRAFTS
ENTERPRISE,

      Plaintiffs/Counter Defendants,

vs.                                                     CIVIL NO. 12-195 LH/LFG

URBAN OUTFITTERS, INC., UO.COM, L.L.C.,
URBAN OUTFITTERS WHOLESALE, INC.,
ANTHROPOLOGIE, INC., ANTHROPOLOGIE.
COM, L.L.C., FREEPEOPLE OF PA, L.L.C. and
FREEPEOPLE.COM, L.L.C.,

      Defendants/Counter Claimants.

## ORDER STAYING DISCOVERY AND DEADLINES

THIS MATTER came before the Court at a Fed. R. Civ. P. 16 status/scheduling conference conducted on April 29, 2013. The parties advised the Court that they wish to proceed to private settlement facilitation within 90 days, and are currently involved in discussions concerning selection of the facilitator, location of the facilitation and other terms and conditions relevant to their settlement efforts.

To promote the parties' good-faith efforts to resolve the case, the Court stays discovery and abates all current deadlines, including responses to motions, while the parties proceed to a settlement conference. This stay is consistent with the cost-savings goals of the Civil Justice Reform Act, 28 U.S.C. § 471 *et seq.*

The parties are to mutually agree on a settlement facilitator and equally share the cost of that process. The facilitation is to be completed no later than July 29, 2013. Within ten days from

completion of the settlement conference, parties are to submit a joint report to the Court advising whether their efforts were or were not successful. If successful, the Court will provide the parties with a deadline for submitting closing documents. If not successful, the Court will issue a scheduling order.[1]

    IT IS SO ORDERED.

                                        *Lorenzo F. Garcia*
                                        Lorenzo F. Garcia
                                        United States Magistrate Judge

---

[1] In the event the settlement conference is not successful, the parties should attempt to agree on a proposal for case management that will include deadlines for disclosure of allegedly infringing goods and disclosure of registrations in place; deadline for fact discovery; deadline for disclosure of experts and submission of expert reports on any proposition that a moving party has the burden of proof; deadline for disclosure of experts and expert reports on matters for which the moving party does not have the burden of proof; motion practice deadline; and deadlines for submission of a Pretrial Order (Plaintiffs to Defendants; Defendants to the Court).