IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| THE NAVAJO NATION, a sovereign Indian Nation, DINE DEVELOPMENT CORPORATION, a corporation wholly-owned by and formed under the laws of the Navajo Nation, and NAVAJO ARTS AND CRAFTS ENTERPRISE, a wholly-owned instrumentality of the Navajo Nation, <br><br> Plaintiffs, <br><br> v. <br><br> URBAN OUTFITTERS, INC., UO.COM, L.L.C., URBAN OUTFITTERS WHOLESALE, INC., ANTHROPOLOGIE, INC., ANTHROPOLOGIE.COM, L.L.C., and FREE PEOPLE of PA, L.L.C., Pennsylvania Corporations, and FREEPEOPLE.COM, L.L.C., a Delaware Corporation, <br><br> Defendants. | Civil Action No.: 1:12-cv-00195-LH-WDS |
| URBAN OUTFITTERS, INC., URBAN OUTFITTERS WHOLESALE, INC., ANTHROPOLOGIE, INC., and FREE PEOPLE of PA, L.L.C. <br><br> Counterclaimants, <br><br> v. <br><br> THE NAVAJO NATION, DINÉ DEVELOPMENT CORPORATION, and NAVAJO ARTS AND CRAFTS ENTERPRISE, <br><br> Counterclaim Defendants. | |

## JOINT STATUS REPORT

Pursuant to the April 29, 2013 Order, the parties jointly submit this status report.

## MEDIATION EFFORTS

On July 17, 2013, The Navajo Nation, Diné Development Corporation, and Navajo Arts and Crafts Enterprise (collectively, "Plaintiffs") and Urban Outfitters, Inc., UO.com, L.L.C., Urban Outfitters Wholesale, Inc., Anthropologie, Inc., Anthropologie.com, L.L.C., Freepeople of PA, L.L.C., and Freepople.com, L.L.C. (collectively, "Defendants") participated in a mediation in Washington, D.C., with Professor Eric D. Green of Resolutions, L.L.C. acting as mediator. The mediation was unsuccessful, and no additional sessions are scheduled.

## CASE MANAGEMENT ORDER

As ordered, the Plaintiffs and Defendants are attempting to agree on a case management schedule and will submit a stipulated order or report on the status of the negotiation on August 2, 2013.

RESPECTFULLY SUBMITTED this 29th day of July, 2013.

NAVAJO NATION DEPARTMENT OF JUSTICE
HARRISON TSOSIE, ATTORNEY GENERAL

*/s/Brian L. Lewis*
Brian L. Lewis, Attorney
BIA Club Building
Post Office Box 2010
Window Rock, Navajo Nation (Arizona) 86515
Telephone: 928/871-7680 / Fax: 928/871-6200
blewis@nndoj.org

KELLER ROHRBACK L.L.P.

*/s/Mark A. Griffin*
Mark A. Griffin
Karin B. Swope

1201 Third Avenue, Suite 3200
Seattle, Washington 98101
Telephone: 206/428-0561 / Fax: 206/623-3384
mgriffin@kellerrohrback.com
kswope@kellerrohrback.com

*Attorneys for the Navajo Nation*

RESPECTFULLY SUBMITTED this 29th day of July, 2013.

DICKINSON WRIGHT PLLC

*/s/H. Jonathan Redway*
H. Jonathan Redway, Esq.
Nicole M. Meyer, Esq.
Melissa Alcantara, Esq.
1875 Eye Street, N.W., Suite 1200
Washington, D.C. 20006
Phone: 202/457-0160 / Fax: 202/659-6924

Joseph A. Fink, Esq.
DICKINSON WRIGHT PLLC
215 S. Washington Square, Suite 200
Lansing, MI 48933
Phone: 517/487-4711 / Fax: 487-4700

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 29th day of July, 2013, I filed the foregoing electronically through the CM/ECF system, which caused the following counsel to be served by electronic means:

H. Jonathan Redway
jredway@dicksonwright.com

Nicole M. Meyer
nmeyer@dicksonwright.com

Melissa A. Alcantara
malcantara@dicksonwright.com

Joseph A. Fink
jfink@dicksonwright.com

Alfred Green, Jr.
algreen@btblaw.com

The following parties have not yet appeared or registered with ECF and will be served via U.S. Mail:

Michael Silbert
Deputy General Counsel for Urban Oufitters, Inc.
5000 South Broad Street
Philadelphia, PA  19112

                                           */s/Brian L. Lewis*
                                           Brian L. Lewis
                                           Office of the Attorney General
                                           The Navajo Nation

                                           */s/Mark A. Griffin*
                                           Mark Griffin
                                           Keller Rohrback L.L.P.

                                           *Attorneys for the Navajo Nation*