IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

THE NAVAJO NATION, a sovereign Indian
Nation, DINE DEVELOPMENT CORPORATION,
a corporation wholly-owned by and formed
under the laws of the Navajo Nation, and
NAVAJO ARTS AND CRAFTS ENTERPRISE,
a wholly-owned instrumentality of the Navajo Nation,

        Plaintiffs,

vs.             No. CIV 2012-00195-LH-LFG

URBAN OUTFITTERS, INC., UO.COM,
L.L.C., URBAN OUTFITTERS WHOLESALE,
INC., ANTHROPOLOGIE, INC.,
ANTHROPOLOGIE.COM, L.L.C.,
and FREE PEOPLE of PA, L.L.C.,
Pennsylvania Corporations, and
FREEPEOPLE.COM, L.L.C., a Delaware Corporation,

        Defendants.

URBAN OUTFITTERS, INC.,
URBAN OUTFITTERS WHOLESALE,
INC., ANTHROPOLOGIE, INC., and
FREE PEOPLE of PA, L.L.C.,

        Counterclaimants,

vs.

THE NAVAJO NATION, DINÉ
DEVELOPMENT CORPORATION,
and  NAVAJO ARTS AND CRAFTS ENTERPRISE,

        Counterclaim Defendants.

**STIPULATION AND PROPOSED CASE MANAGEMENT ORDER**

  Plaintiffs, The Navajo Nation, Diné Development Corporation, and Navajo Arts and

Crafts Enterprise; and Defendants, Urban Outfitters, Inc., UO.com, L.L.C., Urban Outfitters

Wholesale, Inc., Anthropologie, Inc., Anthropologie.com, L.L.C., Freepeople of PA, L.L.C., and Freepeople.com, L.L.C.; by and through their respective counsel of record, stipulate to the case management schedule listed below.

| PRETRIAL EVENTS | DEADLINES |
| --- | --- |
| Deadline for disclosure of allegedly infringing goods and disclosure of registrations in place | January 31, 2014 |
| Deadline for amending pleadings and adding parties | February 28, 2014 |
| Deadline for fact discovery | June 30, 2014 |
| Deadline for disclosure of experts and submission of expert reports on any proposition that a moving party has the burden of proof | July 30, 2014 |
| Deadline for disclosure of experts and expert reports on matters for which the moving party does not have the burden of proof | September 15, 2014 |
| Expert Discovery Closes | October 15, 2014 |
| Motion practice filing deadline | December 15, 2014 |
| Pretrial Order (Plaintiffs to Defendants) | April 10, 2015 |
| Pretrial Order (Defendants to Court) | May 1, 2015 |

RESPECTFULLY SUBMITTED this 2nd day of August, 2013

BUTT THORNTON & BAEHR PC

/s/ Alfred L. Green, Jr.
Alfred L. Green, Jr., Esq.
Post Office Box 3170
Albuquerque, NM 87110
Phone: 505/884-0777

DICKINSON WRIGHT PLLC

/s/ H. Jonathan Redway
H. Jonathan Redway, Esq.
Nicole M. Meyer, Esq.
Melissa Alcantara, Esq.
1875 Eye Street, N.W., Suite 1200
Washington, D.C. 20006
Phone: 202/457-0160

Joseph A. Fink, Esq.
DICKINSON WRIGHT PLLC
215 S. Washington Square, Suite 200
Lansing, MI 48933
Phone: 517/487-4711

*Attorneys for Defendants*

NAVAJO NATION DEPARTMENT OF JUSTICE
HARRISON TSOSIE, ATTORNEY GENERAL

/s/ Brian L. Lewis
Brian L. Lewis, Attorney
BIA Club Building
Post Office Box 2010
Window Rock, Navajo Nation (Arizona) 86515
Telephone: 928/871-7680
blewis@nndoj.org

KELLER ROHRBACK L.L.P.

/s/ Mark A. Griffin
Mark A. Griffin
Karin B. Swope
1201 Third Avenue, Suite 3200
Seattle, Washington 98101
Telephone: 206/428-0561
mgriffin@kellerrohrback.com
kswope@kellerrohrback.com

*Attorneys for the Navajo Nation*

I HEREBY CERTIFY that on the 2nd day of August, 2013, I filed the foregoing electronically through the CM/ECF system, which caused the following counsel to be served by electronic means:

H. Jonathan Redway
jredway@dicksonwright.com

Nicole M. Meyer
nmeyer@dicksonwright.com

Melissa A. Alcantara
malcantara@dicksonwright.com

Joseph A. Fink
jfink@dicksonwright.com

Mark A. Griffin
mgriffin@kellerrohrback.com

Brian L. Lewis
blewis@nndoj.org

Karin B. Swope
kswope@kellerrohrback.com


/s/ Alfred L. Green, Jr.
Alfred L. Green, Jr.