IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

THE NAVAJO NATION, DINE
DEVELOPMENT CORPORATION,
and NAVAJO ARTS AND CRAFTS
ENTERPRISE,

      Plaintiffs/Counter Defendants,

  vs.                                            CIVIL NO.  12-195 LH/LFG

URBAN OUTFITTERS, INC., UO.COM, L.L.C.,
URBAN OUTFITTERS WHOLESALE, INC.,
ANTHROPOLOGIE, INC., ANTHROPOLOGIE.
COM, L.L.C., FREEPEOPLE OF PA, L.L.C. and
FREEPEOPLE.COM, L.L.C.,

      Defendants/Counter Claimants.

## ORDER ADOPTING STIPULATION AND PROPOSED CASE MANAGEMENT ORDER AND JOINT STATUS REPORT AND PROVISIONAL DISCOVERY PLAN

THIS MATTER is before the Court upon notification from the parties that their private mediation efforts were unsuccessful.  [Doc. 70].

Following a review of the parties' Stipulation and Proposed Case Management Order [Doc. 71], the Court adopts the case management plan as set forth therein.

Further, the Court adopts the parties' Joint Status Report and Provisional Discovery Plan filed April 22, 2013 [Doc. 58], as modified by the dates designated in the Stipulation and Proposed Case Management Order, and the following discovery limits.

The parties are authorized to serve a total of 50 interrogatories, 50 requests for admission and 50 requests for production, as a group, on the other side.  Please note, this is a "per side" authorization, not "per party."  Each side may take a total of 10 depositions, including expert

depositions. Each deposition, save for parties, experts and Fed. R. Civ. P. 30(b)(6) deponents, is limited to four hours.

    IT IS SO ORDERED.

                                                                       *Lorenzo F. Garcia*
                                                                       Lorenzo F. Garcia
                                                                       United States Magistrate Judge