**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

| | |
|---|---|
| THE NAVAJO NATION, a sovereign Indian Nation, et. al, | |
| Plaintiffs, | CIVIL ACTION NO: |
| v. | No. 1:12-cv-00195-LH-LAM |
| URBAN OUTFITTERS, INC., a Delaware Corporation, et al. | |
| Defendants. | |

**STIPULATION AND [PROPOSED] ORDER EXTENDING DISCOVERY DEADLINE**
**AND CASE MANAGEMENT PLAN**

1.      Whereas the parties agree to an extention of the discovery and expert deadlines,

but all other deadlines in the Order Adopting Stipulation and Proposed Case Management Order

(ECF No. 75) remain the same.

2.      The parties agree to change the deadlines in the Stipulated and Proposed Case

Management Order (ECF No. 71) as follows:

| PRETRIAL EVENTS | DEADLINES |
|---|---|
| Deadline for fact discovery | September 15, 2014 |
| Deadline for discovery of experts and submission of expert reports on any proposition that a moving party has the burden of proof | October 15, 2014 |
| Deadline for disclosure of experts and expert reports on matters which the moving party does not have the burden of proof | November 15, 2014 |
| Expert Discovery Closes | December 1, 2014 |

3. Wherefore the Parties respectfully resquest this Court grant their Agreed Motion and enter the Order Extending Disovery Deadline, attached here as Exhibit A.

 IT IS SO STIPULATED AND AGREED THROUGH COUNSEL OF RECORD.

**NAVAJO NATION DEPARTMENT OF JUSTICE**
HARRISON TSOSIE, ATTORNEY GENERAL

/s/ Paul Spruhan_____
Paul Spruhan, Attorney
Post Office Box 2010
Window Rock, Arizona  86515
Telephone: 928/871-6937 / Fax: 928/871-6177
pspruhan@nndoj.org

**KELLER ROHRBACK L.L.P.**

By: /s/ Karin B. Swope_____
Mark A. Griffin, Esq.
Karin B. Swope, Esq.
1201 Third Avenue, Suite 3200
Seattle, Washington 98101
Telephone: 206/428-0561 / Fax: 206/623-3384
mgriffin@kellerrohrback.com
kswope@kellerrohrback.com

***Attorneys for Plaintiffs***

**DICKINSON WRIGHT PLLC**

By: /s/ Scott R. Knapp_____
Samuel Littlepage
Melissa Alcantara, Esq.
1875 Eye Street, N.W., Suite 1200
Washington, D.C. 20006
Phone: (202) 457-0160
Slittlepage@dickinsonwright.com

Joseph A. Fink, Esq.
Scott R. Knapp, Esq.
DICKINSON WRIGHT PLLC

215 S. Washington Square, Suite 200
Lansing, MI 48933
Phone: (517) 487-4711
SKnapp@dickinsonwright.com

**BUTT THORNTON & BAEHR PC**

By: _/s/ Alfred L. Green, Jr._
Alfred L. Green, Jr., Esq.
P.O. Box 3170
Albuquerque, NM 87110
Phone: (505) 884-0777
algreen@btblaw.com

***Attorneys for Defendants***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 25th day of May, 2014, I filed the foregoing electronically through the CM/ECF system, which caused the following counsel to be served by electronic means:

Samuel Littlepage
slittlepage@dicksonwright.com

H. Jonathan Redway
jredway@dicksonwright.com

Scott R. Knapp
sknapp@dickinsonwright.com

Nicole M. Meyer
nmeyer@dicksonwright.com

Melissa A. Alcantara
malcantara@dicksonwright.com

Alfred Green, Jr.
algreen@btblaw.com

Joseph A. Fink
jfink@dicksonwright.com

/s/ *Karin B. Swope*
Karin B. Swope
Keller Rohrback L.L.P.

*Attorneys for the Navajo Nation*

# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

| | |
|---|---|
| THE NAVAJO NATION, a sovereign Indian Nation, et. al, | |
| Plaintiffs, | CIVIL ACTION NO: |
| v. | No. 1:12-cv-00195-LH-LAM |
| URBAN OUTFITTERS, INC., a Delaware Corporation, et al. | |
| Defendants. | |

**ORDER EXTENDING DISCOVERY AND EXPERT DEADLINES**

1.      The following deadlines are entered in this case:

| PRETRIAL EVENTS | DEADLINES |
|---|---|
| Deadline for fact discovery | September 15, 2014 |
| Deadline for discovery of experts and submission of expert reports on any proposition that a moving party has the burden of proof | October 15, 2014 |
| Deadline for disclosure of experts and expert reports on matters which the moving party does not have the burden of proof | November 15, 2014 |
| Expert Discovery Closes | December 1, 2014 |

**IT IS SO ORDERED.**

_____
United States Magistrate /District Court Judge

Submitted by: (prior to modification by the Court)

**NAVAJO NATION DEPARTMENT OF JUSTICE**
HARRISON TSOSIE, ATTORNEY GENERAL

/s/ Paul Spruhan
Paul Spruhan, Attorney
Post Office Box 2010
Window Rock, Arizona  86515
Telephone: 928/871-6937 / Fax: 928/871-6177
pspruhan@nndoj.org

**KELLER ROHRBACK L.L.P.**

By: /s/ Karin B. Swope
Mark A. Griffin, Esq.
Karin B. Swope, Esq.
1201 Third Avenue, Suite 3200
Seattle, Washington 98101
Telephone: 206/428-0561 / Fax: 206/623-3384
mgriffin@kellerrohrback.com
kswope@kellerrohrback.com

*Attorneys for Plaintiffs*

**DICKINSON WRIGHT PLLC**

By: /s/ Scott R. Knapp
Smauel Littlepage, Esq.
Melissa Alcantara, Esq.
1875 Eye Street, N.W., Suite 1200
Washington, D.C. 20006
Phone: (202) 457-0160
Slittlepage@dickinsonwright.com

Joseph A. Fink, Esq.
Scott R. Knapp, Esq.
DICKINSON WRIGHT PLLC
215 S. Washington Square, Suite 200
Lansing, MI 48933
Phone: (517) 487-4711
Sknapp@dickinsonwright.com

**BUTT THORNTON & BAEHR PC**

By: _/s/ Alfred L. Green, Jr._
Alfred L. Green, Jr., Esq.
P.O. Box 3170
Albuquerque, NM 87110
Phone: (505) 884-0777
algreen@btblaw.com

***Attorneys for Defendant***