**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

| | |
|---|---|
| THE NAVAJO NATION, a sovereign Indian Nation, et. al, | CIVIL ACTION NO: |
| Plaintiffs, | No. 1:12-cv-00195-LH-LAM |
| v. | |
| URBAN OUTFITTERS, INC., a Delaware Corporation, et al. | |
| Defendants. | |

**STIPULATION EXTENDING TIME FOR REPLY RELATING TO PLAINTIFFS'
MOTION AND MEMORANDUM TO COMPEL (DOC. 133) AND PLAINTIFFS'
SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION AND MEMORANDUM TO
COMPEL (DOC. 157)**

Plaintiffs' Counsel, Karin Swope, broke her finger on August 26, 2014. The parties

therefore stipulate and agree to an extension of time to September 18, 2014 for Plaintiffs to file

its Reply in support of their Motion and Memorandum to Compel (Doc. 133) and Supplemental

Brief in Support of Motion and Memorandum to Compel (Doc. 157).

Pursuant to D.N.M. LR-Civ. 7.2, a proposed form of Order granting the extensions of

time is being submitted to the Court.

STIPULATED AND AGREED THROUGH COUNSEL OF RECORD.

**NAVAJO NATION DEPARTMENT OF JUSTICE**
**HARRISON TSOSIE, ATTORNEY GENERAL**

/s/ Paul Spruhan
Paul Spruhan, Attorney
Post Office Box 2010
Window Rock, Arizona  86515
Telephone: 928/871-6937 / Fax: 928/871-6177
pspruhan@nndoj.org

**KELLER ROHRBACK L.L.P.**

By: */s/ Karin B. Swope*
Mark A. Griffin, Esq.
Karin B. Swope, Esq.
1201 Third Avenue, Suite 3200
Seattle, Washington 98101
Telephone: 206/428-0561 / Fax: 206/623-3384
mgriffin@kellerrohrback.com
kswope@kellerrohrback.com

*Attorneys for Plaintiffs*

**DICKINSON WRIGHT PLLC**

By: */s/ Samuel Littlepage*
Lindsay E. DeMoss, Esq.
DICKINSON WRIGHT PLLC
500 Woodward Ave., Suite 4000
Detroit, MI 48226
Phone: (313) 223-3752
LDeMoss@dickinsonwright.com

Scott R. Knapp, Esq.
DICKINSON WRIGHT PLLC
215 S. Washington Square, Suite 200
Lansing, MI 48933
Phone: (517) 487-4711
SKnapp@dickinsonwright.com

Samuel Littlepage, Esq.
Melissa Alcantara, Esq.
1875 Eye Street NW, Suite 1200
Washington, D.C. 20006
Phone: (202) 457-0160
Slittlepage@dickinsonwright.com
MAlcantara@dickinsonwright.com

**BUTT THORNTON & BAEHR PC**

By: */s/ Alfred Green, Jr.*
Alfred L. Green, Jr., Esq.
PO Box 3170
Albuquerque, NM 87110

Phone: (505) 884-0777
algreen@btblaw.com

***Attorneys for Defendants***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 28th day of August, 2014, I filed the foregoing electronically through the CM/ECF system, which caused the following counsel to be served by electronic means:

Samuel Littlepage
slittlepage@dickinsonwright.com

Scott R. Knapp
sknapp@dickinsonwright.com

Melissa A. Alcantara
malcantara@dickinsonwright.com

Alfred Green, Jr.
algreen@btblaw.com

Lindsay E. DeMoss
ldemoss@dickinsonwright.com

/s/Mark A. Griffin
Mark A. Griffin