UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

THE NAVAJO NATION, et al.,

    Plaintiffs,

v.

URBAN OUTFITTERS, INC., et al.,

    Defendants.

No. 1:12-cv-00195-LH-LAM

NOTICE OF COMPLETION OF BRIEFING

COMES NOW Defendant Urban Outfitters, Inc., by and through its attorneys, Dickinson Wright PLLC and Butt Thornton & Baehr PC, and submits this Notice of Completion pursuant to D.N.M. LR-Civ. 7.3(a) as follows:

1. Defendant's Motion for Leave to File Sur-Reply to Plaintiffs' Motion for Partial Summary Judgment was filed and served on November 6, 2014, and is docketed as ECF No. 208.

2. Plaintiffs' Response to Motion for Leave to File Sur-Reply to Plaintiffs' Motion for Partial Summary Judgment was filed and served on November 20, 2014, and is docketed as ECF No. 211.

3. Defendant's Reply in Support of Motion for Leave to File Surreply was filed and served on December 2, 2014, and is docketed as ECF No. 227.

Defendant Urban Outfitters, Inc. therefore submits this Notice of Completion to the Court that the above-referenced Motion is ready for decision.

Dated: December 2, 2014

        Respectfully submitted,

        __/s/ Lindsay E. DeMoss_____
        Lindsay E. DeMoss, Esq.
        DICKINSON WRIGHT PLLC
        500 Woodward Ave., Suite 4000
        Detroit, MI 48226
        Phone: (313) 223-3752

        BUTT THORNTON & BAEHR PC

        Alfred L. Green, Jr., Esq.
        Post Office Box 3170
        Albuquerque, NM 87110
        Phone: (505) 884-0777

        DICKINSON WRIGHT PLLC

        Samuel D. Littlepage, Esq.
        Melissa Alcantara, Esq.
        1875 Eye Street, N.W., Suite 1200
        Washington, D.C. 20006
        Phone: (202) 457-0160

        Joseph A. Fink, Esq.
        Scott R. Knapp, Esq.
        215 S. Washington Square, Suite 200
        Lansing, MI 48933
        Phone: (517) 487-4711

        *Attorneys for Defendants*

I HEREBY CERTIFY that on the 2nd day of December, 2014, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Brian L. Lewis
blewis@nndoj.org

Henry S. Howe
hhowe@nndoj.org

Karin Swope
kswope@kellerrohrback.com

Mark Griffin
mgriffin@kellerrohrback.com

Mark D. Samson
msamson@kellerrohrback.com

Paul Spruhan
pspruhan@nmdoj.com


/s/ *Lindsay E. DeMoss*