IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**THE NAVAJO NATION, et al.,**

    **Plaintiffs,**

v.                                           No. 12cv0195 LH/LAM

**URBAN OUTFITTERS, INC., et al.,**

    **Defendants.**

### ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINES

**THIS MATTER** is before the Court on the parties' unopposed motion to extend case management deadlines [*Doc. 234*]. The presiding judge in this case has asked the undersigned to rule on the motion. Having considered the motion and record of the case, the Court finds that the motion is well-taken and shall be **GRANTED.**

**IT IS THEREFORE ORDERED THAT** the following deadlines are entered in this case:

| PRETRIAL EVENTS | DEADLINES |
|---|---|
| Compliance with the portions of the Court's order (*Doc. 212*) pertaining to additional ESI discovery | The dates for compliance shall run from January 8, 2015 |
| Deadline for Dispositive Motions and Motions *in Limine* pertaining to expert reports and expert discovery | February 21, 2015 |
| Pretrial Order (Plaintiffs to Defendants) | June 10, 2015 |
| Pretrial Order (Defendants To Court) | July 1, 2015 |
| Trial Motions *in Limine* | Seven calendar days after the Final Pretrial Conference, or as the Court instructs. |

*No additional extensions shall be granted absent a showing of exceptional circumstances.*

      **IT IS SO ORDERED.**

                                            **LOURDES A. MARTÍNEZ**
                                            **UNITED STATES MAGISTRATE JUDGE**

**Submitted By** *(Prior to modifications by the Court)*:

**NAVAJO NATION DEPARTMENT OF JUSTICE**
**HARRISON TSOSIE, ATTORNEY GENERAL**

/s/ *Paul Spruhan*
Paul Spruhan, Attorney
Post Office Box 2010
Window Rock, Arizona  86515
Telephone: 928/871-6937 / Fax: 928/871-6177
pspruhan@nndoj.org

**KELLER ROHRBACK L.L.P.**

By: */s/ Karin B. Swope*
Mark A. Griffin, Esq.
Karin B. Swope, Esq.
1201 Third Avenue, Suite 3200
Seattle, Washington 98101
Telephone: 206/428-0561 / Fax: 206/623-3384
mgriffin@kellerrohrback.com
kswope@kellerrohrback.com

*Attorneys for Plaintiffs*

**DICKINSON WRIGHT PLLC**

By: */s/ Scott R. Knapp*
Samuel Littlepage, Esq.
Melissa Alcantara, Esq.
1875 Eye Street, N.W., Suite 1200
Washington, D.C. 20006
Phone: (202) 457-0160
Slittlepage@dickinsonwright.com

Joseph A. Fink, Esq.
Scott R. Knapp, Esq.
DICKINSON WRIGHT PLLC
215 S. Washington Square, Suite 200
Lansing, MI 48933
Phone: (517) 487-4711
Sknapp@dickinsonwright.com

**BUTT THORNTON & BAEHR PC**

By: */s/ Alfred L. Green, Jr.*
Alfred L. Green, Jr., Esq.
P.O. Box 3170
Albuquerque, NM 87110
Phone: (505) 884-0777
algreen@btblaw.com

*Attorneys for Defendant*