IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| THE NAVAJO NATION, a sovereign Indian Nation, et. al,<br><br>Plaintiffs,<br><br>v.<br><br>URBAN OUTFITTERS, INC., a Delaware Corporation, et al.<br><br>Defendants. | CIVIL ACTION NO:<br><br>No. 1:12-cv-00195-KG-LAM |

## ORDER AMENDING CASE MANAGEMENT PLAN

The following deadlines are entered in this case:

| PRETRIAL EVENTS | DEADLINES |
|---|---|
| Deadline for parties to filing briefs that were pending prior to the Stay | April 7, 2015 |
| Deadline for Plaintiffs' Reply in Support of Motion to Compel and Reply in Support of Cross Motion for Summary Judgment on Laches | April 16, 2015 |
| Deadline for filing Motions *in Limine* pertaining to expert reports and expert discovery | May 1, 2015 |
| Deadline for filing Dispositive Motions | May 15, 2015 |
| Pretrial Order (Plaintiffs to Defendants) | October 15, 2015 |
| Pretrial Order (Defendants To Court) | November 16, 2015 |
| Trial Motions *in Limine* | Seven calendar days after the Final Pretrial Conference, or as the Court instructs. |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

**NAVAJO NATION DEPARTMENT OF JUSTICE**
**HARRISON TSOSIE, ATTORNEY GENERAL**

/s/ *Paul Spruhan*
Paul Spruhan, Assistant Attorney General
Post Office Box 2010
Window Rock, Arizona  86515
Telephone: 928/871-6937 / Fax: 928/871-6177
pspruhan@nndoj.org

**KELLER ROHRBACK L.L.P.**

By: */s/ Karin B. Swope*
    Mark A. Griffin
    Karin B. Swope
    1201 Third Avenue, Suite 3200
    Seattle, Washington 98101
    Telephone: 206/428-0561 / Fax: 206/623-3384
    mgriffin@kellerrohrback.com
    kswope@kellerrohrback.com
    *Attorneys for Plaintiffs*

**DICKINSON WRIGHT PLLC**

By: */s/ Samuel Littlepage*
    Samuel Littlepage
    Melissa Alcantara
    1875 Eye Street NW, Suite 1200
    Washington, D.C. 20006
    Phone: (202) 457-0160
    slittlepage@dickinsonwright.com

    Joseph A. Fink
    Scott R. Knapp
    DICKINSON WRIGHT PLLC
    215 S. Washington Square, Suite 200
    Lansing, MI 48933
    Phone: (517) 487-4711
    sknapp@dickinsonwright.com

**BUTT THORNTON & BAEHR PC**

By: */s/ Alfred L. Green, Jr.*
    Alfred L. Green, Jr., Esq.

PO Box 3170
Albuquerque, NM 87110
Phone: (505) 884-0777
algreen@btblaw.com
***Attorneys for Defendants***