IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

THE NAVAJO NATION,
*a sovereign Indian Nation, et al.,*

      Plaintiffs,

vs.                           CIV 12-0195 KG/LAM

URBAN OUTFITTERS, INC., *et al.,*

      Defendants.

### ~AMENDED~
### ORDER SETTING A TELEPHONIC STATUS CONFERENCE

IT IS HEREBY ORDERED that a status conference will be held by telephone on **TUESDAY, JUNE 9, 2015, AT 2:30 PM**.  Counsel shall call AT&T's Conference Line: 888-398-2342 and use Access Code: 9614892 to be connected to the proceedings.  Counsel shall e-mail my judicial assistant at Theresa_Hall@nmcourt.fed.us no later than Tuesday morning a list of individuals who will be participating in this conference.

_____
UNITED STATES DISTRICT JUDGE