IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

THE NAVAJO NATION,
a sovereign Indian Nation, et al.,

    Plaintiffs,

vs.　　　　　　　　　　　　　　　　　　Civ. No. 12-195 KG/LAM

URBAN OUTFITTERS, INC., et al.,

    Defendants.

## ORDER

On June 9, 2015, the Court held a telephonic status conference. Mark Griffin and Karen Swope represented Plaintiffs; and Alfred Green, Samuel Littlepage, Melissa Alcantara, Joseph Fink, Scott Knapp, and Lindsay DeMoss represented Defendants. As a result of the telephonic status conference,

IT IS ORDERED that

1. the parties must meet and confer in good faith to discuss (a) whether to consent to a Magistrate Judge presiding over the dispositive matters in this case as well as trial, and (b) whether to have a special master involved in this case;

2. by 5:00 p.m. on June 30, 2015, the parties will file a notification indicating whether or not they consent to a Magistrate Judge presiding over the dispositive matters in this case as well as trial;

3. by 5:00 p.m. on June 30, 2015, the parties will notify chambers whether they agree to have a special master involved in this case;

  4. if the parties agree to have a special master involved in this case, the parties will submit to chambers by 5:00 p.m. on June 30, 2015, a list of three agreed upon potential special masters; and

  5. if the parties agree to have a special master involved in this case, the parties will submit to chambers by 5:00 p.m. on June 30, 2015, an agreed upon proposed plan outlining the scope of the special master's duties and powers as well as the process for compensating the special master.

_____
UNITED STATES DISTRICT JUDGE