IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| THE NAVAJO NATION, a sovereign Indian Nation, et. al,<br><br>                              Plaintiffs,<br><br>     v.<br><br>URBAN OUTFITTERS, INC., a Delaware Corporation, et al.<br><br>                              Defendants. | CIVIL ACTION NO:<br><br>No. 1:12-cv-00195-KG-LAM |

**ORDER AMENDING CASE MANAGEMENT PLAN**

1.   The following deadlines are entered in this case:

| PRETRIAL EVENTS | DEADLINES |
|---|---|
| Pretrial Conference | To be held after the Court has ruled on the pending dispositive and Daubert motions. |
| Pretrial Order (Plaintiffs to Defendants) | To be set at the Pretrial Conference |
| Pretrial Order (Defendants To Court) | To be set at the Pretrial Conference |
| Trial Motions *in Limine* | Seven calendar days after the Final Pretrial Conference, or as the Court instructs. |

   **IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

SUBMITTED BY: (PRIOR TO MODIFICATION BY THE COURT)

**NAVAJO NATION DEPARTMENT OF JUSTICE**
**HARRISON TSOSIE, ATTORNEY GENERAL**

/s/ *Paul Spruhan*
Paul Spruhan, Assistant Attorney General
Post Office Box 2010
Window Rock, Arizona  86515

Telephone: 928/871-6937 / Fax: 928/871-6177
pspruhan@nndoj.org

**KELLER ROHRBACK L.L.P.**

By: <u>*/s/ Karin B. Swope*</u>
    Mark A. Griffin
    Karin B. Swope
    1201 Third Avenue, Suite 3200
    Seattle, Washington 98101
    Telephone: 206/428-0561 / Fax: 206/623-3384
    mgriffin@kellerrohrback.com
    kswope@kellerrohrback.com
    *Attorneys for Plaintiffs*

**DICKINSON WRIGHT PLLC**

By: <u>*/s/ Samuel Littlepage*</u>
    Samuel Littlepage
    Melissa Alcantara
    1875 Eye Street NW, Suite 1200
    Washington, D.C. 20006
    Phone: (202) 457-0160
    slittlepage@dickinsonwright.com

    Joseph A. Fink
    Scott R. Knapp
    DICKINSON WRIGHT PLLC
    215 S. Washington Square, Suite 200
    Lansing, MI 48933
    Phone: (517) 487-4711
    sknapp@dickinsonwright.com

**BUTT THORNTON & BAEHR PC**

By: <u>*/s/ Alfred L. Green, Jr.*</u>
    Alfred L. Green, Jr., Esq.
    PO Box 3170
    Albuquerque, NM 87110
    Phone: (505) 884-0777
    algreen@btblaw.com
    *Attorneys for Defendants*