UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

THE NAVAJO NATION,
*a sovereign Indian Nation, et al.*,

      Plaintiffs,

      vs.                                                                 No. CIV 12-0195 KG/LAM

URBAN OUTFITTERS, INC.,
*a Delaware Corporation, et al.,*

Defendants.

### ORDER SETTING STATUS CONFERENCE

IT IS HEREBY ORDERED that an in person status conference is set on **THURSDAY, SEPTEMBER 3, 2015, AT 2:00 PM** at the United States Courthouse, 4th Floor Mimbres Courtroom, 100 N. Church, Las Cruces, New Mexico.

_____
UNITED STATES DISTRICT JUDGE