IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

THE NAVAJO NATION, et al.,

    Plaintiffs,

vs.　　　　　　　　　　　　　　　　　　　　　Civ. No. 12-0195 BB/LAM

URBAN OUTFITTERS, INC., et al.,

    Defendants.

<u>ORDER DENYING MOTION FOR LEAVE TO FILE SURREPLY (DOC. 360)</u>

    This matter comes before the Court on Defendants' Motion for Leave to File Surreply to Plaintiffs' Cross-Motion for Partial Summary Judgment on Standing ("Motion for Leave to File Surreply"), filed on April 2, 2015.  (Doc. 360).  Plaintiffs responded on April 20, 2015, and Defendants replied on May 7, 2015.  (Docs. 443 and 468).  Having considered the Motion for Leave to File Surreply and the accompanying briefing, the Court determines that the Motion for Leave to File Surreply lacks merit.  Hence, the Court **DENIES** the Motion for Leave to File Surreply.

    IT IS SO ORDERED.

_____
SENIOR UNITED STATES DISTRICT JUDGE