IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

THE NAVAJO NATION, et al.,

    Plaintiffs,

vs.                                                Civ. No. 12-0195 BB/LAM

URBAN OUTFITTERS, INC., et al.,

    Defendants.

<u>ORDER DENYING MOTION FOR LEAVE TO FILE SURREPLY (DOC. 467)</u>

This matter comes before the Court on Plaintiffs' Motion for Leave to File Surreply in Support of Plaintiffs' Cross-Motion to Exclude Late Production ("Motion for Leave to File Surreply"), filed on May 5, 2015. (Doc. 467). Defendants responded on May 22, 2015, and Plaintiffs replied on June 8, 2015. (Docs. 493 and 515). Having considered the Motion for Leave to File Surreply and the accompanying briefing, the Court determines that the Motion for Leave to File Surreply lacks merit. Hence, the Court **DENIES** the Motion for Leave to File Surreply.

    IT IS SO ORDERED.

                                                        _____
                                                         SENIOR UNITED STATES DISTRICT JUDGE