IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

THE NAVAJO NATION, et al.,

    Plaintiffs,

vs.                                                             Civ. No. 12-0195 BB/LAM

URBAN OUTFITTERS, INC., et al.,

    Defendants.

<u>ORDER DENYING MOTION FOR LEAVE TO FILE SURREPLY (DOC. 563)</u>

This matter comes before the Court on Defendants' Motion for Leave to File Surreply to Plaintiffs' Reply in Support of Motion for Partial Summary Judgment on the Indian Arts and Crafts Act and § 43(a) of the Lanham Act, False Advertising Claims [ECF 549] ("Motion for Leave to File Surreply"), filed on August 5, 2015. (Doc. 563). Plaintiffs responded on August 24, 2015, and Defendants replied on September 10, 2015. (Docs. 574 and 578). Having considered the Motion for Leave to File Surreply and the accompanying briefing, the Court determines that the Motion for Leave to File Surreply lacks merit. Hence, the Court **DENIES** the Motion for Leave to File Surreply.

    IT IS SO ORDERED.

 

                                                                          _____
                                                                          SENIOR UNITED STATES DISTRICT JUDGE