IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

THE NAVAJO NATION, et al.,

    Plaintiffs,

vs.                                                           Civ. No. 12-0195 BB/LAM

URBAN OUTFITTERS, INC., et al.,

    Defendants.

## ORDER ON ADHERING TO LOCAL RULES

This matter comes before the Court on Plaintiffs' Motion for Partial Summary Judgment and Supporting Memorandum ("Motion for Partial Summary Judgment"). (Doc. 145, filed July 22, 2014). On reviewing the Motion for Partial Summary Judgment, the Court observes that the 31-page Motion for Partial Summary Judgment exceeds the 27-page limitation set forth in LR-Cv 7.5 ("combined length of a motion and supporting brief" cannot exceed 27 pages). Plaintiffs' counsel is instructed in the future to comply with LR-Cv 7.5 or to seek the Court's permission to exceed the 27-page limitation. Failure either to comply with LR-Cv 7.5 or to obtain the Court's permission to exceed the page limitation could well result in the Court not considering fully the non-compliant motion.

In addition, Plaintiffs have not complied with LR-Cv 10.2 which requires that "[t]he title of a document must clearly identify its substance and any filed document to which it responds or is connected." *See* (Docs. 181 and 182) (declarations of Mark Griffin do not identify which filed document they are connected). Failure to comply with LR-Cv 10.2 in the future could, likewise, result in the Court not considering fully the non-compliant document.

IT IS SO ORDERED.

_____
SENIOR UNITED STATES DISTRICT JUDGE