IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

THE NAVAJO NATION, et al.,

    Plaintiffs,

vs.                                    Civ. No. 12-195 BB/LAM

URBAN OUTFITTERS, INC., et al.,

    Defendants.

## PARTIAL SUMMARY JUDGMENT AS TO COUNTS TWO AND SIX OF THE THIRD AMENDED COMPLAINT

Having granted Defendants Urban Outfitters, Inc.; Urban Outfitters Wholesale, Inc.; Anthropologie, Inc.; and Free People of PA LLC's motions for partial summary judgment [Docs. 239 and 254] by a Memorandum Opinion and Order entered contemporaneously with this Partial Summary Judgment as to Counts Two and Six of the Third Amended Complaint,

    IT IS ORDERED that

    1. summary judgment is entered in favor of Defendants Defendants Urban Outfitters, Inc.; Urban Outfitters Wholesale, Inc.; Anthropologie, Inc.; and Free People of PA LLC as to Counts Two and Six of the Third Amended Complaint [Doc. 82]; and

    2. Counts Two and Six of the Third Amended Complaint are dismissed with prejudice.

_____
UNITED STATES SENIOR DISTRICT JUDGE