IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

THE NAVAJO NATION, et al.,

    Plaintiffs,

v.                                      No. 12cv0195 BB/LAM

URBAN OUTFITTERS, INC., et al.,

    Defendants.

## ORDER SETTING TELEPHONIC HEARING

| | |
|---|---|
| MATTER(S) TO BE HEARD: | Telephonic status conference to set Settlement Conference |
| DATE AND TIME OF HEARING: | Friday, August 26, 2016 at 3:00 p.m. (30 minutes) |
| LOCATION: | U.S. Courthouse and Federal Building, 5th Floor, 100 N. Church, Las Cruces, NM, before U.S. Magistrate Judge LOURDES A. MARTÍNEZ |

    Counsel for Plaintiffs shall be responsible for initiating the call. The use of a reliable long distance carrier is recommended.

    IT IS SO ORDERED.

_____
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**