IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

THE NAVAJO NATION, et al.,

    Plaintiffs,

v.                    No. 12cv0195 BB/LAM

URBAN OUTFITTERS, INC., et al.,

    Defendants.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE/PRELIMINARY SETTLEMENT CONFERENCE *FOR DEFENDANTS ONLY*

| | |
|---|---|
| MATTER(S) TO BE HEARD: | Telephonic status conference *WITH DEFENDANTS ONLY* regarding September 28-29 Settlement Conference Issues |
| DATE AND TIME OF HEARING: | Wednesday, September 21, 2016 at 3:15 p.m. (Trailing Docket - 45 minutes) |
| LOCATION: | U.S. Courthouse and Federal Building, 5th Floor, 100 N. Church, Las Cruces, NM, before U.S. Magistrate Judge LOURDES A. MARTÍNEZ |

    The attorneys taking the lead at the settlement conference <u>must</u> attend this status conference. Counsel for Defendants shall be responsible for coordinating the call and contacting Judge Martinez' chambers at **lmproposedtext@nmcourt.fed.us** with the call-in number. The use of a reliable long distance carrier is recommended.

    IT IS SO ORDERED.

                                                                   */s/ Lourdes A. Martínez*
                                                                **LOURDES A. MARTÍNEZ**
                                                                **UNITED STATES MAGISTRATE JUDGE**