IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

THE NAVAJO NATION, et al.,

    Plaintiffs,

vs.                                                   Civ. No. 12-195 BB/LAM

URBAN OUTFITTERS, INC., et al.,

    Defendants.

## PARTIAL SUMMARY JUDGMENT ON GENERICNESS AND ABANDONMENT AFFIRMATIVE DEFENSES AND COUNTERCLAIMS

Having granted Plaintiffs' Motion and Memorandum for Summary Judgment as to Defendants' Fifth and Sixth Affirmative Defenses and First, Third and Fourth Counterclaims (Genericness and Abandonment) [Doc. 470] by a Memorandum Opinion and Order entered contemporaneously with this Partial Summary Judgment on Genericness and Abandonment Affirmative Defenses and Counterclaims,

    IT IS ORDERED that

    1. summary judgment is entered in favor of Plaintiffs on Defendants' fifth and sixth affirmative defenses, and on Defendants' first, third, and fourth counterclaims as they relate to genericness and abandonment; and

    2. those affirmative defenses and counterclaims are dismissed with prejudice.

                                                                 _____
                                                                 SENIOR UNITED STATES DISTRICT JUDGE